UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v.

CASE NO. 1:22-cv-1146

HON. ROBERT J. JONKER

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER OF REFERENCE

The captioned case is referred to Magistrate Judge Sally J. Berens for all pretrial purposes. The magistrate judge shall decide all nondispositive motions and conduct all necessary conferences pursuant to 28 U.S.C. §636(b)(1)(A). The magistrate judge shall file a report and recommendation on all dispositive matters under 28 U.S.C. §636(b)(1)(B).

Dated:   December 5, 2022        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE