UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

    Plaintiff,

v.                                                       Hon. Robert J. Jonker

MICHIGAN STATE GOVERNMENT, et al.,        Case No. 1:22-cv-01146

    Defendants.

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and defendants have not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice as to all defendants unless plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m).

To avoid dismissal pursuant to Rule 4(m), if more than 90 days are necessary for service of process, plaintiff must execute a verified petition RE: Service of Process, advising the court:

    A.    That the case should not be dismissed as to the unserved defendants;

    B.    That the failure to obtain service upon defendants is not due to the fault of the party or counsel seeking to avoid dismissal;

    C.    The reasons why the case against the unserved defendants should not be dismissed, set forth in detail; and

    D.    That service will be effected on the defendants within thirty (30) days of the date of the petition.

This petition must be filed with the court on or before **January 3, 2023**. By executing the petition RE: Service of Process, you need not appear in support thereof until and/or unless so notified by the court. If the court is satisfied that the case should not be dismissed as to the unserved

defendants, you will be so notified. If dismissal of the case as to the unserved defendants is satisfactory to you, no action is required. An Order of Dismissal shall be issued.

Date:  December 7, 2022 /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge