UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v

MICHIGAN STATE GOVERNMENT,
HON. GRETCHEN WHITMER GOVERNOR
OF MICHIGAN, HON. JENNIFER
GRANHOMLM GOVERNOR OF MICHIGAN,
HON. RICK SNYDER GOVERNOR OF
MICHIGAN, SUPREME COURT OF
MICHIGAN, STATE BAR OF MICHAN,
KENDELL S. ASBENSON (P81747),
MICHIGAN ATTORNEY GENERAL DANA
NESSEL, CITY OF BENTON HARBOR,
NILES CHARTER TOWNSHIP, BOARD OF
TRUSTEES OF NILES CHARTER
TOWNSHIP, BERRIEN COUNTY
GOVERNMENT, BERRIEN COUNTY
BOARD OF COMMISSIONERS, BRET
WITSKOWSKI TREASURER OF BERRIEN
COUNTY, KATHLEEN CULBERSON
NOTARY PUBLIC OF BERRIEN COUNTY,
TITLE & INSURANCE COMPANY(s),
ATTORNEY DONNA B. HOWARD,
ATTORNEY MCKINLEY R. ELLIOTT,
ATTORNEY JAMES MCGOVERN,
ATTORNEY JEFFREY R. HOLMSTROM,
HOLMSTROM LAW, PLC,

    Defendants.

No. 22-cv-01146

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

**DEFENDANTS STATE OF MICHIGAN, GOVERNOR GRETCHEN WHITMER, FORMER GOVERNOR JENNIFER GRANHOLM, FORMER GOVERNOR RICK SNYDER, MICHIGAN SUPREME COURT, KENDELL ASBENSON, AND ATTORNEY GENERAL DANA NESSEL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Owen W. Barnaby
Plaintiff in Pro Per
P. O. Box 1926
Kennesaw, GA 30156
(678) 382-4183
Bossproperties96@gmail.com

Bryan W. Beach (P69681)
Attorney Defendants State of Michigan,
Whitmer, Granholm, Snyder, Michigan
Supreme Court, Asbenson & Nessel
Michigan Department of Attorney General
Civil Rights & Elections Division
P. O. Box 30736
Lansing MI 48909
(517) 335-7659
beachb@michigan.gov

_____/

**DEFENDANTS STATE OF MICHIGAN, GOVERNOR GRETCHEN WHITMER, FORMER GOVERNOR JENNIFER GRANHOLM, FORMER GOVERNOR RICK SNYDER, MICHIGAN SUPREME COURT, KENDELL ASBENSON, AND ATTORNEY GENERAL DANA NESSEL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Defendants State of Michigan, Governor Gretchen Whitmer, former Governor Jennifer Granholm, former Governor Rick Snyder, Michigan Supreme Court, Assistant Attorney General Kendell Asbenson, and Attorney General Dana Nessel (the State Defendants) move for the dismissal of Plaintiff Owen W. Barnaby's second amended complaint pursuant to Fed. R. Civ. Proc. 12(b)(1) and (6), for the reasons that this court lacks jurisdiction, Plaintiff's claims are barred by immunity, and he has failed to state a claim for which relief may be granted.

        Respectfully submitted,

        */s/Bryan W. Beach*
        Bryan W. Beach
        Assistant Attorney General
        Attorney Defendants State of Michigan,
        Whitmer, Granholm, Snyder, Michigan
        Supreme Court, Asbenson & Nessel
        P.O. Box 30736
        Lansing, Michigan 48909
        (517) 335-7659
        beachb@michigan.gov
        P69681

Dated: December 19, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2022, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice to the parties of record and I have mailed by U.S. Postal Service the paper to the non-ECF participants.

        */s/Bryan W. Beach*
        Bryan W. Beach (P69681)
        Assistant Attorney General