FILED - GR
December 28, 2022 12:54 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW /12-28

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, <br> Plaintiff | ) <br> ) |
| Vs. | ) Hon. Robert J. Jonker |
| MICHIGAN STATE GOVERNMENT, ET, AL <br> Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Addresses of Defendants
Berrien County Government
701 Main Street,
St. Joseph, Michigan 49085
(269) 983-7111

Niles-Charter-Township
320 Bell Road
Niles Michigan 49120
(269) 684-0870

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street, Suite 100
St. Joseph, Michigan 49085

City of Benton Harbor
200 East Wall Street
Benton Harbor, MI 49022
(269) 927-8457

State Bar of Michigan
306 Townsend Street
Lansing, Michigan 48933
(517) 346-6305

Hon. Dana Nessel & Hon. Bryan W. Beach
Assistant & Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
BeachB@michigan.gov
517.335.7659 (phone) 517.335.7640 (fax)

1

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MAGISTRATE JUDGE'S , REPORT AND RECOMMENDATIONS
## &
## MOTION FOR UPDATE ON PRO SE APPLICATION FOR ELECTRONIC FILING AND SERVICE

Come now, Appellant, In Pro Se, with his, 'Motion for Extension of Time to File Response to Magistrate Judge's Report and Recommendations 'that I was told exists' and Motion for Pro Se's Application for Electronic Filing and Service.

First, Plaintiff called and spoke with Defendant Attorney Holmstrom as a Defendant in the case and about some of his prior clients; also about Plaintiff's intent to add to the Complaint. It was a "Surprise" to Plaintiff, when Defendant Attorney Holmstrom stated that, Plaintiff has no further need to contact him about the same two matters as the Magistrate Judge has filed a Report and Recommendation which Judge Robert J. Jonker who will basically just rubber stamp even if Plaintiff responded. Plaintiff then called the clerk office to confirm, if indeed the Magistrate Judge has filed a Report and Recommendations and the clerk's office confirmed.

Plaintiff now reports to the Court on December 21, 2022, Wednesday morning that, he is yet to receive the Magistrate Judge's filed Report and Recommendations, but by faith belief it is filed. In spite the heads up from

2

Defendant Attorney Holmstrom that, the Magistrate Judge filed Report and Recommendations well be rubber stamped by Judge Robert J. Jonker, Plaintiff is still seeking time to properly respond to the Report and Recommendations. Plaintiff is asking the Court for thirty days extension from December 21, 2022, January 20, 2022. The thirty days extension will give Plaintiff enough time to properly respond. Once more, this motion is an act of faith because Plaintiff is yet to see the Magistrate Judge's, filed Report and Recommendations, as it has not yet arrive in Plaintiff's, P.O. Box 1926, Kennesaw, GA 30156.

Secondly, Plaintiff seeks an update in respect to, Pro Se's Application for Electronic Filing and Service. The fact according to the clerk's Office that the Magistrate Judge Report and Recommendations was filed on December 14, 2022, and Plaintiff has not received it confirms the importance of the Court granting Pro Se's Application for Electronic Filing and Service.

### Relief Requesting

For the reasons articulated in these Motions, Plaintiff is asking this Your Honorable Court to grant his, Motion for Extension of Time to File Response to the Magistrate Judge's Report and Recommendations on January 20, 2023 'that I was told exists'. And to grant Pro Se Application for Electronic Filing and Service.

Respectfully Submitted,

Dated: December 21, 2022

Owen W. Barnaby, In Pro Se.

3

## **CERTIFICATE OF SERVICE**

The undersigned states that on the 21st day of December 2022, a duplicate original of Plaintiff's, 'Motion for Extension of Time to File Response to the heard of Magistrate Judge's Report and Recommendations and Motion for Pro Se Application for Electronic Filing and Service were served upon all Defendants at the above Addresses by United Stated First Class mail-with postage fully prepaid upon Defendants'

Respectfully Submitted,

Dated: December 21, 2022,

Owen W. Barnaby, In Pro Se.

4

O. BARNABY
P.O. BOX 1926
KENNESAW GA 30156

ATLANTA METRO 301
21 DEC 2022 PM 6 L



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN N.W.
GRAND RAPIDS MICHIGAN 49503
49503-231799