UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| OWEN W. BARNABY,<br>　　　　Plaintiff,<br><br>v.<br><br>NILES CHARTER TOWNSHIP, et al.,<br>　　　　Defendants. | Hon. Robert J. Jonker<br>Mag. Sally J. Berens<br>Case No. 1:22-cv-01146 |

| | |
|---|---|
| Owen W. Barnaby<br>PO Box 1926<br>Kennesaw, GA 30156<br>(678) 382-4183<br>Bossproperties96@gmail.com | T. Seth Koches (P71761)<br>Attorney for Defendants Niles Charter Township &<br>the Niles Charter Township Board of Trustees<br>Bauckham, Thall, Seeber, Kaufman & Koches, P.C.<br>470 W. Centre Ave., Ste. A<br>Portage, MI 49024<br>(269) 382-4500<br>koches@michigantownshiplaw.com |

**EXPEDITED CONSIDERATION REQUESTED**

**TOWNSHIP DEFENDANTS' REQUEST TO EXTEND TIME TO
FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, Niles Charter Township and Niles Charter Township Board of Trustees, (together the "Township Defendants") request an order extending the time to file a response to the Plaintiff's Second Amended Complaint by twenty-eight (28) days or until January 26, 2023. The Township Defendants further request expediated consideration of this request under L.R. 7.1(e), as the current deadline to respond is December 29, 2022.

The request is based on the Brief in Support filed with the request and the facts, legal authorities and argument contained in the Brief in Support.

1

                                        Respectfully submitted,

                                        BAUCKHAM, THALL
                                        SEEBER, KAUFMAN & KOCHES, P.C.

DATED: December 29, 2022        BY:    */s T. Seth Koches*

                                        T. Seth Koches (P71761)
                                        Attorney for Defendants Niles Charter Township & the Niles Charter Township Board of Trustees
                                        Bauckham, Thall, Seeber, Kaufman & Koches, P.C.
                                        470 W. Centre Ave., Ste. A
                                        Portage, MI 49024
                                        (269) 382-4500
                                        koches@michigantownshiplaw.com