UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

OWEN W. BARNABY,
    Plaintiff,

v.

NILES CHARTER TOWNSHIP, et al.,
    Defendants.

Hon. Robert J. Jonker
Mag. Sally J. Berens
Case No. 1:22-cv-01146

| Owen W. Barnaby | T. Seth Koches (P71761) |
|---|---|
| PO Box 1926 | Attorney for Defendants Niles Charter Township & the Niles Charter Township Board of Trustees |
| Kennesaw, GA 30156 | Bauckham, Thall, Seeber, Kaufman & Koches, P.C. |
| (678) 382-4183 | 470 W. Centre Ave., Ste. A |
| Bossproperties96@gmail.com | Portage, MI 49024 |
| | (269) 382-4500 |
| | koches@michigantownshiplaw.com |

**PROOF OF SERVICE**

    Robert E. Thall states that on December 29, 2022, he served a copy of Defendants Niles Charter Township's and the Niles Charter Township Board of Trustees' (together "Township Defendants") Request to Extend Time to File Response to Plaintiff's Second Amended Complaint, Brief in Support of Township Defendants' Request to Extend Time to File Response to Plaintiff's Second Amended Complaint, Certificate of Compliance with federal court rules, and a Proof of Service in this matter by first-class mail, postage fully prepaid, upon the Plaintiff at the address as shown above, and at the Plaintiff's email address as listed above.

                                                     /s/ *Robert E. Thall*
                                                   Robert E. Thall