UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v.                                                                         Hon. Robert J. Jonker

MICHIGAN STATE GOVERNMENT, et al.,        Case No. 1:22-cv-01146

    Defendants.

**ORDER**

This matter is before the Court on Plaintiff's Pro Se Application for Electronic Filing and Service, and Motion for Extension of Time to File Response to Magistrate Judge's Report and Recommendation and Motion for Update on Pro Se Application for Electronic Filing and Service (ECF Nos. 17, 22). As discussed below, the motions (ECF Nos. 17, 22) are granted.

Pro se Plaintiff, Owen W. Barnaby, has filed an Application for Electronic Filing and Service, pursuant to W.D.Mich. LCivR 5.7 and Administrative Order 17-RL-135 (ECF No. 17). Plaintiff Owen W. Barnaby meets all of the technical requirements necessary to successfully e-file, and the Court concludes that granting Plaintiff's request will further the "just, speedy, and inexpensive determination of [this] action." Fed. R. Civ. P. 1. Accordingly, Plaintiff's Application for Electronic Filing and Service (ECF No. 17) is **GRANTED**.

Plaintiff also requests an extension of time to respond to the Report and Recommendation. As of the date of his motion, December 21, 2022, he had not received the Report and Recommendation in the mail. Plaintiff's motion (ECF No. 22) is **GRANTED**. The time for Plaintiff to file objections to the Report and Recommendation is extended to January 25, 2023.

2

IT IS SO ORDERED.

Dated: December 29, 2022                      /s/ Sally J. Berens  
                                                                             SALLY J. BERENS  
                                                                             U.S. Magistrate Judge