UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

    Plaintiff,

v.                                                                                              Hon. Robert J. Jonker

MICHIGAN STATE GOVERNMENT, et al.,                       Case No. 1:22-cv-01146

    Defendants.

**ORDER**

This matter is before the Court on Township Defendants' Request to Extend Time to File Response to Plaintiff's Second Amended Complaint (ECF No. 23). Upon review of the motion and related filings, the motion (ECF No. 23) is granted. Defendants' response to Plaintiff's second amended complaint shall be filed no later than January 26, 2023.

IT IS SO ORDERED.

Dated: January 3, 2023                                             /s/ Sally J. Berens
                                                                               SALLY J. BERENS
                                                                               U.S. Magistrate Judge