# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,  )
      Plaintiff  )

      Vs.  ) Hon. Robert  J.  Jonker
) Hon. Mag. Sally J. Berens

MICHIGAN STATE GOVERNMENT, ET, AL
      Defendants  ) Case No. 1:22 -CV- 1146

---

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Addresses of Defendants
Berrien County Government
701 Main Street,
St. Joseph, Michigan 49085
(269) 983-7111

Attorney, T. Seth Koches,  for,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street, Suite 100
St. Joseph, Michigan 49085

City of Benton Harbor
200 East Wall Street
Benton Harbor, MI 49022
(269) 927-8457

State Bar of Michigan
306 Townsend Street
Lansing,  Michigan 48933
(517) 346-6305

Hon. Dana Nessel &  Hon. Bryan W. Beach
Assistant & Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
BeachB@michigan.gov
517.335.7659 (phone) 517.335.7640 (fax)

1

## AFFIDAVIT PER, RULE 55 – (a), (b) 1

Affidavit of Owen W. Barnaby

State of Georgia )

County of Cobb )

1.    I am a competent adult with knowledge of the contents of this Declaration and that the contents are accurate and true to the best of my knowledge information and belief, and if called upon to testify I will do so competently. Solemnly sworn under penalty of perjury.

2.    That, I, Owen W. Barnaby am a resident of the State of Georgia, Cobb County

3.    That, the total Default Judgment damages claim is for a sum certain of **$18, 474,907.40**, good though January of, 2023:

a) Monthly rei tal loss $8, 107.24; from January of, 2014 to January of 2023 a total of 96 Months equal at total of $778, 295.04, times three for theft = total $2, 334, 885.12.

b) Plaintiff's Expert report Price to Rebuild Demolished Properties total $2,677,726.00

c)  Defendants valued the Nile property at $12,000.00, times three for theft, total $36,000.00

d) Rental loss plus Properties loss, damages total $5,038, 611.12

e) Plaintiff's, Rental loss plus Properties loss, damages times two for his Emotional Distress total $10, 077, 222.2.

f) Punitive Damage is one third of Plaintiff's compensatory damage $3,359,074.08

**g)** Grand Total Damages are:    Rental loss,  Properties loss,  Punitive  and Emotional

Distress amount to the **tune of $18, 474,907.40**


Further the affiant says not


Respectfully Submitted

Dated:  January 3, 2023,

Owen W. Barnaby, In Pro Se.


MARLENE JONES
Notary Public - State of Georgia
Paulding County
My Commission Expires Aug 5, 2024

1/03/2023