# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, ) | |
|     Plaintiff ) | |
| | |
|     Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|     Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Addresses of Defendants
Berrien County Government
701 Main Street,
St. Joseph, Michigan 49085
(269) 983-7111

 Attorney, T. Seth Koches, for,
 Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
269-382-4500 Koches@michigantownshiplaw.com

 Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street, Suite 100
St. Joseph, Michigan 49085

City of Benton Harbor
200 East Wall Street
Benton Harbor, MI 49022
(269) 927-8457

State Bar of Michigan
306 Townsend Street
Lansing, Michigan 48933
(517) 346-6305

Hon. Dana Nessel & Hon. Bryan W. Beach
Assistant & Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
BeachB@michigan.gov
517.335.7659 (phone) 517.335.7640 (fax)

## CERTIFICATE OF CONURRENCE
## FOR DEFAULT JUDGMENT

In accordance with W.D Mich. LCivR 7.1(d), the undersigned hereby certifies that on January 3, 3, 2023, he contacted Defendants via their legal representative to ascertain whether they would object to Plaintiff's Motion for Default Judgment due to Failure to File an Answer Plaintiff's Second Amended Complaint or a Motion Under Rule 12.

<u>On January, 3, 2023 Plaintiff</u> contacted Defendants' Attorney, Mr. Thaddeus Hackworth on behalf of his clients : 1), Defendant - Lori D. Jarvis Registrar; 2), Defendant - Lora L. Freehling Registrar; 3), Defendant - Kathleen Culberson, Notary Public; 4), Defendant – Bret Witskowski, Treasurer;  5), Defendant – Shelly Weich, Treasurer; 6), Defendant – Board of Commissioner;  7), Defendant – Attorney Mckinley R. Elliott; 8), Defendant – Attorney Donna B. Howard;  9), Defendant – Attorney James Mcgovern; 10), Defendant – Berrien County Government; and 11),  Defendant – Bret Witskowski, in his Individual capacity to ascertain concurrence to Plaintiff's Motion for Default Judgment due to their failure to file an answer to Plaintiff's Second Amended Complaint or a motion under rule 12, within the 21 days required, and they denied concurrence.

On January 3, 2023, Plaintiff contacted Defendant's Attorney, Ms. Katherine Gardner, on behalf of her client, Defendant – State Bar of Michigan, to ascertain if they will object to Plaintiff's Motion for Default Judgment due to their failure to file an answer to Plaintiff's Second Amended Complaint or a motion under rule 12, within the 21 days required by phone (517) 346-6305. Attorney, Ms. Katherine Gardner stated that she will pass the message on to Attorney Drew Baker and gave Plaintiff the telephone number (517) 346-6396 to contact Attorney Drew Baker. Plaintiff called the telephone number (517) 346-6396 and spoke with Attorney Drew Baker and concurrence was denied.

On January 3, 2023, Plaintiff contacted Defendants Attorney Joshua Thall on behalf of his Clients Defendants Niles Charter Township and the Niles Charter Township Board of Trustees (together the "Township Defendants") ascertain if they will object to Plaintiff's Motion for Default Judgment due to their failure to file an answer to Plaintiff's Second Amended Complaint or a motion under rule 12, within the 21 days required, and they denied concurrence.

On January 3, 2023, Plaintiff contacted Defendants Attorney Jefferey R. Holmstrom on behalf of himself as, 13), Defendant – Attorney Jefferey R. Holmstrom and his assigned, 14), Defendant – Holmdtrom Law Office, to

3

ascertain if they will object to Plaintiff's Motion for Default Judgment due to their failure to file an answer to Plaintiff's Second Amended Complaint or a motion under rule 12, within the 21 days required, and they did not respond to Plaintiff. Plaintiff call Attorney Holmstrom office telephone, (269) -983-0755 and cell (269) -930-xxxx, and left voice mail messages and he did not respond.

Respectfully Submitted,

Dated:  January 3, 2023,                             \S/ Owen W. Barnaby
                                                    Owen W. Barnaby, In Pro Se.

## CERTIFICATE OF SERVICE

The undersigned states that on the 3rd day of January 2023, a duplicate original of Plaintiff's, ''CERTIFICATE OF CONURRENCE to Motion for Default judgment", was filed with the Clerk of the Court, using the ECF System, which will provide electric notice to the parties of record, and I have mailed by U.S. Postal Service the same to non-ECP participants.

Respectfully Submitted,

Dated:  January 3, 2023,                             \S/ Owen W. Barnaby
                                                    Owen W. Barnaby, In Pro Se.