# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, ) | |
|     Plaintiff ) | |
| | |
|     Vs. | ) Hon. Robert  J.  Jonker |
| | |
| MICHIGAN STATE GOVERNMENT, ET, AL | ) Case No. 1:22 -CV- 1146 |
|     Defendants | |

| | |
|---|---|
| Owen W. Barnaby | Addresses of Defendants |
| P.O. Box 1926 | Berrien County Government |
| Kennesaw, GA 30156 | 701 Main Street, |
| (678) 382- 4183 | St. Joseph, Michigan 49085 |
| Bossproperties96@gmail.com | (269) 983-7111 |

 Attorney, T. Seth Koches,  for,
 Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
269-382-4500 Koches@michigantownshiplaw.com

 Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street, Suite 100
St. Joseph, Michigan 49085

City of Benton Harbor
200 East Wall Street
Benton Harbor, MI 49022
(269) 927-8457

State Bar of Michigan
306 Townsend Street
Lansing,  Michigan 48933
(517) 346-6305

Hon. Dana Nessel &  Hon. Bryan W. Beach
Assistant & Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
BeachB@michigan.gov
517.335.7659 (phone) 517.335.7640 (fax)

1

# PROOF OF SERVICE
# OF
# SUMMONS AND COMPLAINT

### One

The Summons and Complaint were served on: **1), Defendant - Lori D. Jarvis Registrar;** **2), Defendant - Lora L. Freehling Registrar; 3), Defendant - Kathleen Culberson, Notary Public; 4), Defendant – Bret Witskowski, Treasurer; 5), Defendant – Shelly Weich, Treasurer; 6), Defendant – Board of Commissioner; 7), Defendant – Attorney Mckinley R. Elliott; 8), Defendant – Attorney Donna B. Howard; 9), Defendant – Attorney James Mcgovern; 10), Defendant – Berrien County Government; 11), Defendant – Bret Witskowski, in his Individual capacity,** by US Postal certified mail, with restricted Delivery and with return receipt. Plaintiff has spoken with Defendants' Attorney, Mr. Thaddeus Hackworth, and he instructed Plaintiff to served him on behalf of his same Clients. The signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendants.

Dated: December 30, 2022,                     \S/ Owen W. Barnaby
                                              Owen W. Barnaby, In Pro Se.

                                              Owen W. Barnaby
                                              Printed Name

                                              PO Box 1926
                                              Address

                                              Kennesaw Georgia, 30156
                                              City, State Zip code

                                              (678) 382-4183
                                              Phone Number

2

## **TWO**

The Summons and Complaint were served on **1), Defendant – State Bar of Michigan**, by US Postal certified mail, with restricted  Delivery and with return receipt. The signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendant.

|  |  |
|---|---|
| | \S/ Owen W. Barnaby |
| Dated: December 30, 2022, | Owen W. Barnaby, In Pro Se. |

Owen W. Barnaby
Printed Name

PO Box 1926
Address

Kennesaw Georgia, 30156
City, State Zip code

(678) 382-4183
Phone Number

## **THREE**

The Summons and Complaint were served on **1), Defendants - Board of Trustee and 2), Defendant Niles Charter Township Government,** by US Postal certified mail, with restricted Delivery and with return receipt.  Plaintiff had spoken with Defendants' Supervisor,  Ms. Marge Duram-Hiatt Defendants' and Ms. Marge Duram-Hiatt  instructed Plaintiff to served her on behalf of  the same Defendants. The signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on both named Defendants.


Dated: December 30, 2022,

\S/ Owen W. Barnaby
Owen W. Barnaby, In Pro Se.

Owen W. Barnaby
Printed Name

PO Box 1926
Address

Kennesaw Georgia, 30156
City, State Zip code

(678) 382-4183
Phone Number

4

## **FOUR**

The Summons and Complaint were served on **1)**, Defendant – Kendell S. Asbenson;  **2),** Defendant – Dana Nessel  Attorney General, by US Postal certified mail, with restricted Delivery and with return receipt.  The signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendants.

Dated: December 30, 2022,

\S/ Owen W. Barnaby
Owen W. Barnaby, In Pro Se.

Owen W. Barnaby
Printed Name

PO Box 1926
Address

Kennesaw Georgia, 30156
City, State Zip code

(678) 382-4183
Phone Number

## **FIFTH**

The Summons and Complaint were served on **1)**, Defendant – Hon. Rick Snyder Governor; **2)**, Defendant – Hon. Jennifer Granholm, Governor; **3)**, Defendant – Hon. Gretchen Whitmer Governor; **4)**, Defendant – Michigan State Government. The signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendants.

                                                  \S/ Owen W. Barnaby

Dated: December 30, 2022,              Owen W. Barnaby, In Pro Se.

                                                    Owen W. Barnaby
                                                    Printed Name

                                                    PO Box 1926
                                                   Address

                                                   Kennesaw Georgia, 30156
                                                   City, State Zip code

                                                   (678) 382-4183
                                                   Phone Number

## **SIXTH**

The Summons and Complaint were served on **1),** <u>Defendant – Supreme Court of Michigan,</u> by US Postal certified mail, with restricted Delivery and with return receipt. The return receipt, PS Form 381,(copied Green Card) is attached proof of service on named Defendant.   In addition,

> I am writing regarding the above referenced matter and requesting concurrence in the motion to dismiss that I am filing on behalf of Defendants State of Michigan, Governor Gretchen Whitmer, former Governor Jennifer Granholm, former Governor Rick Snyder, Michigan Supreme Court, Assistant Attorney General Kendell Asbenson, and Attorney General Dana Nessel.  The basis for the motion is that the court lacks jurisdiction, the claims are barred by immunity, and the complaint fails to state a claim for which relief may be granted.. Please advise and do not hesitate to ask if there are any questions.
>
> Thank you,
>
> Bryan W. Beach
> Assistant Attorney General
> Civil Rights & Elections Division
> 525 W. Ottawa, 5th Floor
> P.O. Box 30736
> Lansing, MI 48909
> 517.335.7659 (phone)
> 517.335.7640 (fax)

|  |  |
|---|---|
| Dated: December 30, 2022, | \S/ Owen W. Barnaby<br>Owen W. Barnaby, In Pro Se. |
|  | <u>Owen W. Barnaby</u><br>Printed Name |
|  | <u>PO Box 1926</u><br>Address |
|  | <u>Kennesaw Georgia, 30156</u><br>City, State Zip code |
|  | <u>(678) 382-4183</u><br>Phone Number |

## **SEVENTH**

The Summons and Complaint were served on **1),** Defendant - City of Benton Harbor, by US Postal certified mail, with restricted Delivery and with return receipt. "Delivered to an agent for final delivery" or the signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendants.

|  |  |
|---|---|
| Dated: December 30, 2022, | \S/ Owen W. Barnaby<br>Owen W. Barnaby, In Pro Se. |

Owen W. Barnaby
Printed Name

PO Box 1926
Address

Kennesaw Georgia, 30156
City, State Zip code

(678) 382-4183
Phone Number

Tracking Number:
7022167000121730566
Copy Add to Informed Delivery

Latest Update
Your item has been delivered to an agent for final delivery in BENTON HARBOR, MI 49022 on December 14, 2022, at 2:17 pm.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivered to Agent
Delivered to Agent for Final Delivery
BENTON HARBOR, MI 49022
December 14, 2022, 2:17 pm
See All Tracking History

### EIGTH

The Summons and Complaint were served on **1)**, Defendant – Attorney Jefferey R. Holmstrom and **2)**, Defendant – Holmdtrom Law Office. The signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendants.

|  |  |
|---|---|
| Dated: December 30, 2022, | \S/ Owen W. Barnaby<br>Owen W. Barnaby, In Pro Se. |
|  | Owen W. Barnaby<br>Printed Name |
|  | PO Box 1926<br>Address |
|  | Kennesaw Georgia, 30156<br>City, State Zip code |
|  | (678) 382-4183<br>Phone Number |

**EIGHTH:** Tracking Number:
# 70221670000121730528
Copy Schedule a Redelivery

### Latest Update
We attempted to deliver your item at 1:49 pm on December 9, 2022 in SAINT JOSEPH, MI 49085 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning December 10, 2022. If this item is unclaimed by December 24, 2022 then it will be returned to sender.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivery Attempt: Action Needed
Notice Left (No Authorized Recipient Available)
SAINT JOSEPH, MI 49085
December 9, 2022, 1:49 pm

Out for Delivery
SAINT JOSEPH, MI 49085
December 9, 2022, 6:10 am
**See All Tracking History**
December 8, 2022

Arrived at USPS Regional Destination Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX December 7, 2022, 11:17 am

9

## REJECTION OF SERVICE
## SUMMONS AND COMPLAINT
### By.

**1),** Defendant – Attorney Jefferey R. Holmstrom and   **2),** Defendant – Holmdtrom Law Office.

Tracking Number:

# 70221670000121730528
Copy Add to Informed Delivery

**Latest Update**
Your item could not be delivered on December 28, 2022 at 11:12 am in BENTON HARBOR, MI 49022. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

**Alert**
Unclaimed/Being Returned to Sender
BENTON HARBOR, MI 49022
December 28, 2022, 11:12 am

"Plaintiff called and spoke with Defendant Attorney Holmstrom as a Defendant in the case and about some of his prior clients; also about Plaintiff's intent to add to the Complaint. It was a "Surprise" to Plaintiff, when Defendant Attorney Holmstrom stated that, Plaintiff has no further need to contact him about the same two matters as the Magistrate Judge has filed a Report and Recommendation which Judge Robert J. Jonker who will basically just rubber stamp even if Plaintiff responded."

In addition, 1), Defendant – Attorney Jefferey R. Holmstrom and   2),

Defendant – Holmdtrom Law Office, received complaint by email.

Respectfully Submitted,

Dated:  January 3, 2023,              \S/ Owen W. Barnaby
                                      Owen W. Barnaby, In Pro Se.

10