**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
THADDEUS HACKWORTH ATTY
BERRIEN COUNTY GOVERNMENT
701 MAIN STREET
ST JOSEPH MICHIGAN
49085

9590 9402 7534 2098 9843 91

2. Article Number (Transfer from service label)
7022 1670 0001 2173 0504

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Thaddeus Hackworth
C. Date of Delivery: 12/9/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Saint Joseph, MI 49085

Certified Mail Fee   $3.25
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)   $
☒ Return Receipt (electronic)   $10.35
☒ Certified Mail Restricted Delivery   $0.00
☐ Adult Signature Required   $0.00
☐ Adult Signature Restricted Delivery   $

Postage   $17.05
Total Postage and Fees   $30.65

Sent To: THADDEUS HACKWORTH ATTY
Street and Apt. No., or PO Box No.: 701 MAIN STREET
City, State, ZIP+4®: ST. JOSEPH MICHIGAN 49085

Postmark: KENNESAW GA 30144  DEC 5 2022  12/05/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 1670 0001 2173 0504

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: DANA NESSEL ATTORNEY GENERAL MICHIGAN 525 W. OTTAWA STREET LASNING MICHIGAN 48906

9590 9402 7437 2055 8015 78

2. Article Number (Transfer from service label)
7022 1670 0001 2173 0580

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(illegible)_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Karen Roberts

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

DEC 07 2022
DTMB Delivery Services
Agent for State of Michigan

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Lansing MI 48933  OFFICIAL USE

Certified Mail Fee: $3.25

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)     $0.00
☒ Return Receipt (electronic)    $10.35
☒ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $

Postage: $9.90
Total Postage and Fees: $23.50

KENNESAW GA 0257 0144
DEC 5 2022
USPS

Sent To: DANA NESSEL ATT. GENERAL
Street and Apt. No., or PO Box No.: 525 W. OTTAWA STREET
City, State, ZIP+4®: LANSING MICHIGAN 48906

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 1670 0001 2173 0580

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARGE DURAM-HIATT
SUPERVISOR
NILES CHARTER TOWNSHIP
320 BELL RD
NILES MICHIGAN 49120

9590 9402 7437 2055 8015 47

2. Article Number (Transfer from service label)

7022 1670 0001 2173 0498

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Marge Durm-Hiatt    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
Marge Durm-Hiatt

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Niles, MI 49120    OFFICIAL USE

Certified Mail Fee
$ $3.25

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ $0.00
☒ Return Receipt (electronic)    $ $10.35
☒ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $9.90

Total Postage and Fees
$ $23.50

Sent To
MARGE DURAM-Hiott
Street and Apt. No., or PO Box No.
320 BELL RD
City, State, ZIP+4®
NILES MICHIGAN 49120

Postmark: KENNESAW 30144 DEC 05 2022 USPS   12/05/2022

7022 1670 0001 2173 0498

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KATHERINE GARDNER
   GENERAL COUNSEL "UPL"
   STATE BAR OF MICHIGAN
   306 TOWNSEND STREET
   LANSING MICHIGAN 48933

   9590 9402 7534 2098 9845 51

2. Article Number (Transfer from service label)

   7022 1670 0001 2173 0559

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kathy Gardner
☐ Agent
☐ Addressee

B. Received by (Printed Name): 
C. Date of Delivery: 12 9 22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $3.35
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $10.00
☒ Return Receipt (electronic)  $0.00
☒ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage  $3.84
Total Postage and Fees  $ ?.44

Sent To: KATHERINE GARDNER ATTN
Street and Apt. No., or PO Box No.: 306 TOWNSEND STREET
City, State, ZIP+4®: LANSING MICHIGAN 48933

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here  USPS 12/05/2022  DEC -5 2022

7022 1670 0001 2173 0559

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: MR ELLIS MITCHELL
CITY MANAGER
200 EAST WALL STREET
BENTON HARBOR MI
49022

9590 9402 7437 2055 8015 61

2. Article Number (Transfer from service label)
7022 1670 0001 2173 0566

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X April M[c]y
☐ Agent
☐ Addressee

B. Received by (Printed Name): Aprial McCoy
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☒ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Benton Harbor, MI 49022

OFFICIAL USE

Certified Mail Fee  $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☒ Return Receipt (electronic)  $10.35
☒ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $

Postage  $3.84
Total Postage and Fees  $17.44

Sent To: MR. ELLIS MITCHELL
Street and Apt. No., or PO Box No.: 200 EAST WALL STREET
City, State, ZIP+4: BENTON HARBOR MI 49022

7022 1670 0001 2173 0566

Postmark: DEC 5 2022 USPS KENNESAW GA 30144

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions



