# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|     Plaintiff | ) |
| Vs. | |
| MICHIGAN STATE GOVERNMENT | ) Case No. 1:22 -CV- 1146 |
| HON. GRETCHEN WHITMER GOVERNOR OF MICHIGAN | ) Hon. Robert J. Jonker |
| HON. JENNIFER GRANHOMLM GOVERNOR OF MICHIGAN | ) Hon. Mag. Sally J. Berens |
| HON. RICK SNYDER GOVERNOR OF MICHIGAN | ) |
| KENDELL S. ASBENSON (P81747) | ) |
| MICHIGAN ATTORNEY GENERAL DANA NESSEL | ) |
|     Defendants | AMENDED OR LEAVE TO AMEND CIVIL COMPLAINT: 28 U.S.C. §1331; §1332(a); 42 U.S.C. §1983; First, Fourth, Fifth, Fourteenth Amendments; Forgeries and Retaliation. |
| CITY OF BENTON HARBOR | ) |
| NILES CHARTER TOWNSHIP, | ) |
| BOARD OF TRUSTEES OF, NILES CHARTER TOWNSHIP | ) |
| BERRIEN COUNTY GOVERNMENT, | ) |
| BERRIEN COUNTY BOARD OF COMMISSIONERS | ) |
| BRET WITSKOWSKI TREASUSER OF, BERRIEN COUNTY | ) |
| BRET WITSKOWSKI INDIVIDUAL CAPACITY | ) |
| SHELLY WEICH TREASUSER OF, BERRIEN COUNTY | ) |
| LORI D. JARVIS REGISTRAR OF BERRIEN COUNTY | ) |
| LORA L. FREEHLING REGISTRAR OF BERRIEN COUNTY | ) |
| KATHLEEN CULBERSON NOTARY PUBLIC OF BERRIEN COUNTY | |
| | |
| ATTORNEY DONNA B. HOWARD | ) |
| ATTORNEY MCKINLEY R. ELLIOTT | ) |
| ATTORNEY JAMES MCGOVERN | ) |
| ATTORNEY JEFFREY R. HOLMSTROM | ) |
| HOLMSTROM LAW, PLC | ) |
| STATE BAR OF MICHGAN, for the State of Michigan | ) |
|     Defendants | |

1

| | |
|---|---|
| THE HONORABLE ELIZABETH T. CLEMENT, C.J | ) |
| THE HONORABLE BRIDGET M. Mc CORMACK C.J | ) |
| SUPREME COURT OF MICHIGAN, for the State of Michigan | ) |
| | |
| THE HONORABLE ELIZABETH L. GLEICHER, C.J | ) |
| THE HONORABLE CHRISPHER M. MURRAY, C.J | ) |
| MICHIGAN COURT OF APPEALS, for the State of Michigan | ) |
| | |
| THE HONORABLE ALFRED M. BUTZBAUGH, F.C.J | ) |
| THE HONORABLE MABEL J.MAYFIELD, C.J | ) |
| THE HONORABLE GARY J. BRUCE, C.J | ) |
| BERRIEN COUNTY TRIAL COURT, for the State of Michigan) | ) |

　　　　　Defendants

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street,
St. Joseph, Michigan 49085  T. (269) 983-7111

　Attorney, T. Seth Koches,  for,
　Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street, Suite 100
St. Joseph, MI 49085　　　T. (269)-983-0755

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
o: 313-393-7582 | EJenks@bodmanlaw.com

Attorney Drew Baker
State Bar of Michigan
306 Townsend Street
Lansing,  Michigan 48933  T. (517) 346-6396

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Hons. Nessel/ Beach Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
BeachB@michigan.gov  T. 517-335- 7659

### PLAINTIFF'S  MOTION  IN OPPOSITION TO,

### DEFENDANTS STATE OF MICHIGAN, GOVERNOR GRETCHEN WHITMER, FORMER GOVERNOR JENNIFER GRANHOLM, FORMER GOVERNOR RICK SNYDER, MICHIGAN SUPREME COURT, KENDELL ASBENSON, AND ATTORNEY GENERAL DANA NESSEL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Plaintiff, In Pro Se,  Owen W. Barnaby, request that this Your Honorable Court, **Denied** Defendants' Motion to Dismiss Plaintiff's Complaint (ECF Nos. 10, 36) under Fed. R. Civ. P 12(b)(1) and (6) as this Court has Jurisdiction to hear Claims that Defendants' Retaliations deterred from earlier coming before the court and issues which were decided on their merits, and that Defendants' Immunity defense is moot  and  to award Plaintiff the full damages he warrants to the tune of $18, 474,907.40, which is good through January of, 2023, and  to **Grant** Declaratory Judgment against, 'Defendant –State Bar of Michigan' and 'Defendant –Michigan Supreme Court' as follows that, **O**ne,  Judge Butzbaugh's August 18, 2010, Judgment is **[not]** against Barnaby and that, all other related State Court's Orders connected  to or relying on Judge Butzbaugh's  August 18, 2010, Judgment against Barnaby are **Void**; **T**wo, Mr. Witskowski's, misconducts are acts of forgeries and unauthorized practice of law, (UPL), because of 'Defendant –State Bar of Michigan',  failure to file an answer to Plaintiff's Complaint or a motion under Rule 12.  (ECF Nos. 28, 32)

The request is based on the Brief in Support filed with the request facts and legal authorities and arguments contained in the Supporting Brief.

Respectfully Submitted,

Dated:  January 17, 2023,                    \S/ Owen W. Barnaby
                                                                Owen W. Barnaby, In Pro Se.

## **CERTIFICATE OF SERVICE**

The undersigned states that on the 17th  day of January 2023, a duplicate original of Plaintiff's, ''Opposition Motion with Supporting Brief'', was filed with the Clerk of the Court, using the ECF System, which will provide electric notice to the parties of record, and I have email or mailed by U.S. Postal Service the same to non-ECP participants Defendants.

Respectfully Submitted,


Dated:  January 17, 2023,                             \S/ Owen W. Barnaby
                                                                   Owen W. Barnaby, In Pro Se.