UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

       Plaintiff,                Case No. 1:22-cv-1146

   v.                             Hon. Robert J. Jonker

MICHIGAN STATE GOVERNMENT, et al.,

       Defendants.
_____/

**ORDER**

      The Court has before it the State Defendants and City of Benton Harbor's motion for an extension of time to respond to Plaintiff's motion to amend and an extension of time to reply to Plaintiff's response to the pending motion to dismiss. (ECF No. 53.) The motion is GRANTED IN PART. Defendants shall have until 14 days until after the Court rules on the pending Report and Recommendation to reply to Plaintiff's response to their motion to dismiss. Defendants shall file their response to Plaintiff's motion to amend by January 30, 2023.

      IT IS SO ORDERED.

Dated:  January 20, 2023                   /s/ Sally J. Berens
                                                   SALLY J. BERENS
                                                   U.S. Magistrate Judge