UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


OWEN W. BARNABY,

      Plaintiff,

                                 CASE No. 1:22-cv-1146

v.

                                 HON. ROBERT J. JONKER

MICHIGAN STATE GOVERNMENT,
et al.,

      Defendants.

_____/

## **JUDGMENT**

      In accordance with the Order Approving and Adopting Report and Recommendation entered this day, this case is dismissed under Rule 12(b)(1) and *Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999). Judgement is entered for Defendants and against Plaintiff Owen W. Barnaby.


Dated:    February 13, 2023         /s/ Robert J. Jonker_____
                                    ROBERT J. JONKER
                                    UNITED STATES DISTRICT JUDGE