# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| OWEN W. BARNABY,            ) | |
|    Plaintiff                           ) | |
|   Vs. | Case No. 1:22 -CV- 1146 |
| | Hon. Robert J. Jonker |
| | Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT et al.,    ) | |
|    Defendants                       ) | |

---

## Notice of Appeal

Notice is hereby given that, I (Owen W. Barnaby, an In Pro Se Litigant and Plaintiff, hereby appeal to the United States Court of Appeals for Sixth Circuit from the Final Judgment entered by the Hon. Robert J. Jonker, dismissed the case under Rule 12(b)(1) and Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999), on grounds of clearly erroneous and contrary to law, abuse of discretion, and Judicial bias. Granted Judgement for including, Defaulted Defendants and against Plaintiff Owen W. Barnaby, entered in this action on the 13th , of February 2023.

                                              Respectfully Submitted,

Dated:  February 13, 2023,                 \S/ Owen W. Barnaby
                                             Owen W. Barnaby, In Pro Se.

cc: opposing counsel.