FILED

Nov 17, 2023

KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-1134

OWEN W. BARNABY,

    Plaintiff-Appellant,

v.

STATE OF MICHIGAN, et al.,

    Defendants-Appellees.

Before:  MOORE, STRANCH, and BUSH, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED in part and VACATED and REMANDED in part.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk