**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 11, 2023

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

    Re:   Case No. 23-1134, *Owen Barnaby v. MI, et al*
        Originating Case No. : 1:22-cv-01146

Dear Ms. Filkins,

 Enclosed is a copy of the mandate filed in this case.

               Sincerely yours,

               s/Mackenzie A. Collett
                For Leon Korotko

cc:   Mr. Owen W. Barnaby
   Ms. Emily Jenks
   Mr. Theodore Seth Koches
   Ms. Kimberly K. Pendrick
   Mr. Thomas J. Rheaume Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1134

_____

Filed: December 11, 2023

OWEN W. BARNABY

        Plaintiff - Appellant

v.

STATE OF MICHIGAN; GRETCHEN WHITMER, Governor; MCKINLEY R. ELLIOTT, Attorney; JAMES T. MCGOVERN, Attorney; KENDELL ASBENSON, (P81747); JEFFREY ROBERT HOLMSTROM, Attorney; DANA NESSEL, Attorney General; HOLMSTROM LAW, PLC; CITY OF BENTON HARBOR, MI; UNKNOWN PART(Y)(IES), Named as Title & Insurance Company(s); NILES CHARTER TOWNSHIP, MI; BOARD OF TRUSTEES OF NILES CHARTER TOWNSHIP, MI; BERRIEN COUNTY, MI; BERRIEN COUNTY, MI BOARD OF COMMISSIONERS; BRET WITSKOWSKI, Berrien County Treasuser, in his individual capacity; SHELLY WEICH, Berrien County Treasuser; LORI D. JARVIS, Berrien County Registar; LORA L. FREEHLING, Berrien County Registar; KATHLEEN CULBERSON, Berrien County Notary Public; JENNIFER M. GRANHOLM, Former Governor; RICK SNYDER, Former Governor; DONNA B. HOWARD, Attorney

        Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 11/17/2023 the mandate for this case hereby issues today.

 COSTS: None