# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
| Plaintiff | ) |
| | |
| Vs. | ) Hon. Robert  J.  Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
| Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

 Attorney, T. Seth Koches,
 Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582     |      EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

1

**Entering  Default Judgment by Clerk of Court**

**Plaintiff's Second request of Clerk of Court to Enter Default Judgment Against Defendants Pursuant to RULE 55 – (a), (b) 1 and Other Applicable Laws.**

Comes Now, Plaintiff, In Pro Se, with his, 'request of Clerk of Court to enter a  Default Judgment  against all  named Defendants listed below for their failure to file an answer to Plaintiff's 'Third Amended Complaint (ECF No, 36) or a valid Motion, and or a Motion Under Rule 12; and for the Defendants who were [n]ot listed on Plaintiff's 'Second Amended Complaint (ECF No, 10) 'Motions and or Application Request for Default Judgments (ECF Nos. 28, 31, 32). The Grand total sum certain Default Judgment damages claim which is good through December 31, 2023, to the tune of  **$22, 529,329.60:**

1), Defendant -  Lori D. Jarvis Registrar; 2), Defendant - Lora L. Freehling Registrar; 3), Defendant - Kathleen Culberson, Notary Public; 4), Defendant – Bret Witskowski, Treasurer; 5), Defendant – Shelly Weich, Treasurer; 6), Defendant – Board of Commissioner;  7), Defendant – Attorney Mckinley R. Elliott; 8), Defendant – Attorney Donna B. Howard;  9), Defendant – Attorney James Mcgovern; 10), Defendant – Berrien County Government; 11), Defendant – Bret Witskowski, in his Individual capacity; 12), Defendant – State Bar of Michigan, 13), Defendant – Attorney Jefferey R. Holmstrom and   14), Defendant – Holmdtrom Law Office; 15), Defendant - Niles Charter Township Board of Trustees; and, 16), Defendant - for Defendant - Niles Charter Township; 17), Defendant – City of Benton;  18), Defendant – Kendell S. Asbenson, Assistant Attorney General of Michigan;  19), Defendant – Hon. Rick Snyder Former Governor of Michigan; 20), Defendant – Hon. Jennifer Granholm, Former Governor of Michigan.

Notwithstanding that, Plaintiff filed 'Motions and Application Request for Default Judgments **(ECF Nos. 28, 31, 32),** against the immediate Defendants below on January 3, 4, 2023, based on his, **"Second Amended Complaint, (ECF No. 10)",** the District Court Denied as Moot; Plaintiff appealed and the Honorable Sixth Appellate Court **reverse;** found that, the District Court abused its discretion:

1), Defendant -  Lori D. Jarvis Registrar; 2), Defendant - Lora L. Freehling Registrar; 3), Defendant - Kathleen Culberson, Notary Public; 4), Defendant – Bret

Witskowski, Treasurer; 5), Defendant – Shelly Weich, Treasurer; 6), Defendant – Board of Commissioner; 7), Defendant – Attorney Mckinley R. Elliott; 8), Defendant – Attorney Donna B. Howard; 9), Defendant – Attorney James Mcgovern; 10), Defendant – Berrien County Government; 11), Defendant – Bret Witskowski, in his Individual capacity; 12), Defendant – State Bar of Michigan, 13), Defendant – Attorney Jefferey R. Holmstrom and 14), Defendant – Holmdtrom Law Office; 15), Defendant - Niles Charter Township Board of Trustees; and, 16), Defendant - for Defendant - Niles Charter Township; 17), Defendant – City of Benton for the same Defendants' failure to file an answer to Plaintiff's Complaint or a Motion Under Rule 12.

Plaintiff, further 'request of Clerk of Court to enter a Default Judgment against all named Defendants below for their failure to file an answer to Plaintiff's, **'Third Amended Complaint (ECF No, 36)',** or a valid Motion, and or a Motion Under Rule 12: against the following Defendants:

1), Defendant - Lori D. Jarvis Registrar; 2), Defendant - Lora L. Freehling Registrar; 3), Defendant - Kathleen Culberson, Notary Public; 4), Defendant – Bret Witskowski, Treasurer; 5), Defendant – Shelly Weich, Treasurer; 6), Defendant – Board of Commissioner; 7), Defendant – Attorney Mckinley R. Elliott; 8), Defendant – Attorney Donna B. Howard; 9), Defendant – Attorney James Mcgovern; 10), Defendant – Berrien County Government; 11), Defendant – Bret Witskowski, in his Individual capacity; 12), Defendant – State Bar of Michigan, 13), Defendant – Attorney Jefferey R. Holmstrom and 14), Defendant – Holmdtrom Law Office; 15), Defendant - Niles Charter Township Board of Trustees; and, 16), Defendant - for Defendant - Niles Charter Township; 17), Defendant – City of Benton; 18), Defendant – Kendell S. Asbenson, Assistant Attorney General of Michigan; 19), Defendant – Hon. Rick Snyder Former Governor of Michigan; 20), Defendant – Hon. Jennifer Granholm, Former Governor of Michigan.

**Lastly,** Plaintiff, 'request of Clerk of Court to enter a Default Judgment against all named Defendants below for their failure to file an answer to Plaintiff's, 'Second Amended Complaint (ECF No, 10)', or a valid Motion, and or a Motion Under Rule 12, against the following Defendants:

18), Defendant – Kendell S. Asbenson, Assistant Attorney General of Michigan; 19), Defendant – Hon. Rick Snyder Former Governor of Michigan; 20), Defendant – Hon. Jennifer Granholm, Former Governor of Michigan.

3

In pursuant to Rule 55(a), (b) (1) Plaintiff 'request' the Clerk of Court to enter a  Default Judgment  against all  named Defendants above, for sum certain total **of $22, 529,329.60.**  for Defendants' failure to file an answer to Plaintiff's Complaint or a valid Motion, and or a Motion Under Rule 12. Please, see attached Affidavit.

**Rule 55 – Default; Default Judgment**

(a) **Entering a Default**. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) **Entering a Default Judgment**.

(1) *By the Clerk*. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.    "….for sum certain total **of $22, 529,329.60."**

## Request

For the reasons articulated therein Plaintiff is requesting or asking this Your Honorable Clerk of Court to enter the Application for Default Judgment Against Defendants Pursuant to RULE 55 – (a), (b) 1 and the Other Applicable Laws, with accordance to the **sum certain total of $22, 529,329.60, in his affidavit.**

Respectfully Submitted,

Dated:  December 12, 2023,                      \S/ Owen W. Barnaby
                                                                Owen W. Barnaby, In Pro Se.

4

5

# **CERTIFICATE OF SERVICE**

The undersigned states that on the 12th day of December 2023, a duplicate original of

Plaintiff's,  request of Clerk of Court to enter Default Judgment against all named Defendants

filed with the Clerk of the using the ECF System, which will provide electric notice to the parties

of record, and I have emailed and mailed by U.S. Postal Service the same to the  non-ECP

participants attorney above.


Respectfully Submitted,


Dated:  December 12, 2023,                         \S/ Owen W. Barnaby
                                                  Owen W. Barnaby, In Pro Se.

5