# AFFIDAVIT PER, RULE 55 – (a), (b) 1

## Affidavit of Owen W. Barnaby

State of Georgia )

County of Cobb )

1. I am a competent adult with knowledge of the contents of this Declaration and that the contents are accurate and true to the best of my knowledge information and belief, and if called upon to testify I will do so competently. Solemnly sworn under penalty of perjury.

2. That, I, Owen W. Barnaby am a resident of the State of Georgia, Cobb County

3. The Grand total sum certain Default Judgment damages claim which is good through December 31, 2023, is the tune of **$22, 529,329.60:**

    a. Monthly rental loss is $8, 107.24; from January of, 2014 to December 31, 2023, a total of 120 Months equal at total of $972, 868.80, times three for theft, Total $2,918, 606.40.
    b. Plaintiff's Expert Report Price to Rebuild Demolished Properties. Total $2,677,726.00.
    c. Defendants valued the Nile property at $12,000.00, times three for theft, Total $36,000.00

4. The rental loss plus Properties loss, damages, Total $5,632,332.40

5. Plaintiff's Emotional Distress damages are two times his rental loss and his properties loss, damages which amount to the Total of $11, 264, 664.80.

6. Plaintiff's compensatory damages, which is inclusive of: Emotional Distress, Rental loss and his properties damages amount to **Total $16,896,997.20**

7. Punitive Damage is one third of Plaintiff's compensatory damages, Total $5,632,332.40

8. **The Grand Total Damages are:** Rental loss, Properties loss, Emotional Distress Punitive which amount to the tune of **$22, 529,329.60.**

Further the affiant says not.

Dated: December 11, 2023,

Owen W. Barnaby, In Pro Se.

The foregoing instrument was acknowledged by  Owen Barnaby  who has placed his/her signature on this instrument before me personally, and who is known to me or has produced  GA. DL.  as identification and who did take an oath, this  11  day of  December, 2023
My commission expires  7-22-25  Notary Public signature  Caroline SE Ward

CAROLINE SE WARD
NOTARY PUBLIC
Polk County
State of Georgia
My Comm. Expires July 22, 2025

4