UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

       Plaintiff,                  Case No. 1:22-cv-01146-RJJ-SJB

v.

MICHIGAN STATE GOVERNMENT, et al.,

       Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Kimberly K. Pendrick

RE:  Brief (Non-Motion) – #83

REASON FOR NOTICE:  It appears that the filer has chosen the wrong event, which caused case management or linkage problems. A more specific selection exists, e.g. *Response to Motion*, and should have been used.

RECOMMENDED ACTION:  None. Court staff will make the necessary modifications.

INFORMATION FOR FUTURE REFERENCE:  Use the *Search* function to assist in event selection. After logging in to CM/ECF, click *Search* from the blue menu bar at the top of the screen. Enter key word(s) to search for an event. The list of results provides a hyperlink for each event, which allows the user to begin electronic filing. For most filings, there is an event selection specific to the type of filing.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                    CLERK OF COURT

Dated:  December 21, 2023       By:  /s/ P. Woods_____
                                                    Deputy Clerk