USPS TRACKING #

9590 9402 7534 2098 9843 91

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

OWEN BARNABY
P.O. BOX 1926
KENNESAW GA. 30156

Bossproperties96@gmail.com




**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NICHOLAS BAGLEY ATTY
   OFFICE OF GOVONOR OF MICHGAN
   ROMNEY BUILDING
   111 SOUTH CAPITAL AVE
   LANSING MICHIGAN 48933

   9590 9402 7437 2055 8015 30

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
  ☑ Return Receipt (hardcopy) $
  ☑ Return Receipt (electronic) $
  ☑ Certified Mail Restricted Delivery $
  ☐ Adult Signature Required $
  ☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To: NICHOLAS BAGLEY ATTY
Street and Apt. No., or PO Box No.: 111 SOUTH CAPITAL AVE
City, State, ZIP+4: LANSING MICHIGAN 48933

7022 1670 0001 2173 0511

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**PRIORITY MAIL**

FROM: OWEN BARNABY
P.O. BOX 1926
KENNESAW GA 30156

TO: NICHOLAS BAGLEY
GENERAL COUNSEL
OFFICE OF GOVONOR OF MICHIG[AN]
ROMNEY BUILDING
111 SOUTH CAPITAL AVE
LANSING MICHIGAN 48[933]

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONL[INE]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY CAMI PENDELL
SUPREME COURT OF MICHIGAN
P.O. BOX 30048
LANSING, MICHIGAN 48909

9590 9402 7437 2055 8015 54

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**CERTIFIED MAIL**
7022 1670 0001 2173 0542

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)   $
☑ Return Receipt (electronic)   $
☑ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $
Postage
$
Total Postage and Fees
$

Postmark Here

Sent To ATTORNEY CAMI PENDELL
Street and Apt. No., or PO Box No. P.O. BOX 30048
City, State, ZIP+4 LANSING MICHIGAN 48909

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KATHERINE GARDNER
   GENERAL COUNSEL "UPL"
   STATE BAR OF MICHIGAN
   306 TOWNSEND STREET
   LANSING MICHIGAN 48933

9590 9402 7534 2098 9845 51

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)           $ _____
☒ Return Receipt (electronic)         $ _____
☒ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage  $
Total Postage and Fees  $

Sent To: KATHERINE GARDNER ATN
Street and Apt. No., or PO Box No.: 306 TOWNSEND STREET
City, State, ZIP+4: LANSING MICHIGAN 48933

7022 1670 0001 2173 0559

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MARGE DURAM-HIATT
SUPERVISOR
NILES CHARTER TOWNSHIP
320 BELL RD
NILES MICHIGAN 49120

9590 9402 7437 2055 8015 47

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

7022 1670 0001 2173 0498

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $
☒ Return Receipt (electronic)    $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$
Total Postage and Fees
$

Sent To MARGE DURAM-Hiatt
Street and Apt. No., or PO Box No. 320 BELL RD
City, State, ZIP+4® NILES MICHIGAN 49120

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFFERY HOLMSTROM
HOLMSTROM LAW OFFICE
830 PLEASANT STREET
SUITE 100      49085
ST. JOSEPH MICHIGAN

9590 9402 7437 2055 8015 85

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $
☒ Return Receipt (electronic)    $        Postmark
☒ Certified Mail Restricted Delivery $     Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Sent To ATTY. JEFFERY HOLMSTROM
Street and Apt. No., or PO Box No. 830 PLEASANT STREET SUITE 100
City, State, ZIP+4 ST. JOSEPH, MICHIGAN 49085

7022 1670 0001 2173 0528

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: DANA NESSEL ATTORNEY GENERAL MICHIGAN 525 W. OTTAWA STREET LASNING MICHIGAN 48906

9590 9402 7437 2055 8015 78

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)    $
☒ Return Receipt (electronic)  $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required     $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To DANA NESSEL ATT. GENERAL
Street and Apt. No., or PO Box No. 525 W. OTTAWA STREET
City, State, ZIP+4® LANSING MICHIGAN 48906

7022 1670 0001 2173 0580

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions











