# EXHIBIT W-9

## Attorney Hackworth Job Description

**CORPORATE COUNSEL**

      Corporate Counsel serves as the in-house attorney for general County legal matters which are civil in nature, such as representing commissions and elected officials acting on County business, as well as advising on issues related to personnel/labor, ordinance and policy, and litigation.

THADDEUS HACKWORTH CORPORATE COUNSEL

      Corporate Counsel is one of the two positions hired by the Berrien County Board of Commissioners. The position serves as legal counsel and provides advice to County officials, agencies, boards, authorities, commissions, and employees with respect to their official functions.

      Thaddeus Hackworth began as Berrien County Corporate Counsel in January 2022.  A St. Joe native, he acquired a Bachelor of Arts in Political Science from Hope College and graduated from law school at Georgetown University. He began practicing law in New York City in 2004 before returning to Michigan in 2020.  His impressive resume includes a skill set that combines experience and ability in both litigation and public policy.