# EXHIBIT A

PLAINTIFF'S REQUEST TO CLERK COURT OR  BY MOTION OF THE COURT,

TO ENTER  DEFAULT JUDGMENT(s), AGAINST ALL THE NAMED DEFENDANTS

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, ) | |
| Plaintiff ) | |
| Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
| Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

 Attorney, T. Seth Koches,
 Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T. 313-393-7582     |      EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085
T. (269) 983-7111, |   ahansbro@berriencounty.org

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

## REQUEST TO CLERK COURT OR  BY MOTION OF THE COURT, TO ENTER  DEFAULT JUDGMENT(s),

**AGINST ALL DEFENDANTS FOR FAILURE TO FILE ANSWER TO COMPLAINT (10, 36)  OR A VALID MOTION OR A MOTION UNDER RULE 12, AND FAILURE TO APPEAL DISTRICT COURT'S ORDER AND JUDGMENT (ECF 35, 56, 67, 68).**

Come now, Plaintiff, In Pro Se, that, **(notwithstanding)** his prior, 'Motions and Applications, for Defaults and Default Judgments (ECF Nos. 28, 31, 32, 75, 77, 81, 88, 95)". Plaintiff, furthermore moves the Court by Request from Clerk of Court or by Motion on the Court to enter  Default Judgment against all the following Defendants: 1), Defendant -  Lori D. Jarvis Registrar; 2), Defendant - Lora L. Freehling Registrar; 3), Defendant - Kathleen Culberson, Notary Public; 4), Defendant – Bret Witskowski, Treasurer;  5), Defendant – Shelly Weich, Treasurer; 6), Defendant – Board of Commissioner;  7), Defendant – Attorney Mckinley R. Elliott; 8), Defendant – Attorney Donna B. Howard;  9), Defendant – Attorney James Mcgovern; 10), Defendant – Berrien County Government; 11),  Defendant – Bret Witskowski, in his Individual capacity; 13), Defendant – Attorney Jefferey R. Holmstrom and   14), Defendant – Holmdtrom Law Office; 15), Defendant - Niles Charter Township Board of Trustees; and, 16), Defendant - for Defendant - Niles Charter Township; 17), Defendant – City of Benton;  18), Defendant – Kendell S. Asbenson, Assistant Attorney General of Michigan;  19), Defendant – Hon. Rick Snyder Former Governor of Michigan; 20), Defendant – Hon. Jennifer Granholm, Former Governor of Michigan, for failure to file an Answer to Plaintiff's Complaint (ECF Nos. 10, 36), or a valid Motion, or a Motion Under Rule 12, and failure to appeal the District Court's Order and Judgment (ECF Nos. 35, 56, 67. 68).

Respectfully Submitted,

Dated:  December 31, 2023,              \S/ Owen W. Barnaby
                                                                Owen W. Barnaby, In Pro Se.

3

**CONCISE STATEMENT OF ISSUES and AUTHORITY**

Plaintiff contends that, **Default Judgment** must be entered against all the Defendants above, because they were properly served by Plaintiff with Summonses and Second and Third Amended Complaint (ECF No. 10, 36, 37), and that they failed to file Answers to, Plaintiff's Second and or Third Amended Complaint (ECF Nos. 10, 36, 37), or a valid Motion, or a Motion Under Rule 12, and failure to appeal the District Court's Orders and Final Judgment (ECF Nos, 35, 56 67. 68), that, Plaintiff Properly seeks Motions (ECF Nos. 28, 31, 81) and Applications (ECF Nos. 32, 75, 77), [over one year and three weeks] after they were properly served. As one of the Defendant's oppositions brief accurately, states, "The purpose of a default judgment is to prevent a defendant from employing dilatory tactics—not to relieve the burden of plaintiffs to litigate the merits of their claims. See Baez v. S.S. Kresge Co., 518 F.2d 349, 350 (5th Cir. 1975) ("[T]he basic purpose of the default judgment is to protect parties from undue delay-harassment."). "Judgment by default is a drastic step which should be resorted to only in the most extreme cases." United Coin Meter Co. v. Seaboard C. Railroad, 705 F.2d 839, 845 (6th Cir. 1983)." Clearly, Plaintiff's Motions and applications for Default Judgments are warranted to stop Defendants employed dilatory tactics and undue delay-harassment of Plaintiff's Second Amended Complaint (ECF No. 10), for the last [one year and three weeks] and thirteen plus years of sufferings.

As such, Plaintiff's Motions for Default Judgment (ECF Nos. 28, 31, 81) and Application for Entry of Default Judgment (ECF Nos. 32, 75, 77), Must be Granted. See some Applicable controlling laws:

      A. Fed. R. Civ. P. 1
      B. (The doctrine of the law of the case) and or (The law of the case doctrine)
      C. Res Judicata and or Collateral Estoppel
      D. Federal Rule of Appellate Procedure 25(c). 6 Cir. R. 25(f)(1)(B)

      E. Fed. R. Civ. P. 12 (a)(2) or (3)
      F. Fed. R. Civ. P. 12 (b)(1)(A)  and Fed. R. Civ. P. 55 (a), (b)

"**Within 21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney…"

"If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court."

Moreover, this United States District Court for the Western District of Michigan, states that,

"YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___, days after service of this sum mons on you (not counting the day you received it). If you fail to respond, **judgment by default will be entered against you** for the relief demanded in the complaint. You must also file your answer or motion with the Court."

5

## Relief Requesting

Giving, Plaintiff's for the Clerk of Court to Enter DEFAULT(ECF Nos. 32, 75, 95) and the Clerk or Court to Enter Default Judgment (ECF Nos. 28, 31, 77, 81, 88), against all the above named Defendants.  Plaintiff now, Request the Clerk of Court or by Motion of the Court to enter Default Judgment(s) against all Named Defendants in his Brief, for their failure to file an Answer to Plaintiff's Complaint (ECF Nos. 10, 36), or Under Rule 12, a valid Motion or a Motion, and failure to appeal the District Court's Order and Judgment (ECF Nos. 35, 56, 67. 68), with the full damages set forth in his affidavit the sum certain total of **$22, 529,329.60.**

Respectfully Submitted,

Dated:  December 31, 2023,                    \S/ Owen W. Barnaby
                                              Owen W. Barnaby, In Pro Se.