# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|     Plaintiff | ) |
| | |
|     Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|     Defendants | ) Case No. 1:22 -CV- 1146 |

---

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

 Attorney, T. Seth Koches,
 Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T. 313-393-7582      |       EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085
T. (269) 983-7111, |   ahansbro@berriencounty.org

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

**EXPEDITED CONSIDERATION REQUESTED**

## MOTION FOR BRIEF EXTENDED PAGES

**On Appeal from the Magistrate Judge's Orders (ECF No. 91, In Part, and (ECF No. 96) In Full, to the District Court's Judge.**

---

Comes now, Plaintiff, In Pro Se, with his 'MOTION FOR BRIEF EXTENDED PAGES'. As, there are multiple Defendants Plaintiff's Brief needs to be 25 pages to address all the issues. While Plaintiff's Appeal Brief is about Default and Default Judgment which are dispositive in nature, Plaintiff is not sure what rule applies. As a matter of caution, Plaintiff Motion the Court for extended pages.

## Relief Requesting

For the reasons articulated therein, the Plaintiff requests that, his Appellate Brief be extended to 25 pages .

Respectfully Submitted,

Dated:  January 2, 2024,              \S/ Owen W. Barnaby
                                       Owen W. Barnaby, In Pro Se.

## **CERTIFICATE OF SERVICE**

The undersigned states that, on the 2nd   day of January 2, 2024, a duplicate original of Plaintiff's,  Motion for Extended Pages, filed with the Clerk  using the ECF System, which will provide electric notice to the parties of record, and I have emailed and mailed by U.S. Postal Service the same to the  non-ECP participants attorney above.

Respectfully Submitted,

Dated:  January 2, 2024,                             \S/ Owen W. Barnaby
                                                     Owen W. Barnaby, In Pro Se.

## **CERTIFICATE OF COMPLIANCE**

Certificate of Compliance with Type-Volume Limit and Typeface Requirements

1. This brief complies with the type-volume limitation of Local Rule 7.3(b)(i) because, excluding the part of the document exempted by this rule, this brief contains less than 4,300 words. This document contains under 500 words.

2. This document complies with the typeface requirements of Local Rule 7.3(b)(ii) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Times New Roman.

Respectfully Submitted,

Dated:  January 2, 2024,               \S/ Owen W. Barnaby
                                       Owen W. Barnaby, In Pro Se.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY,            ) | |
|     Plaintiff            ) | |
| | |
|     Vs.            ) | Hon. Robert J. Jonker |
|                 ) | Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|     Defendants            ) | Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

Attorney, T. Seth Koches,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582     |     EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

5

**EXPEDITED CONSIDERATION REQUESTED**

**CERTIFICATE REGARDING
COMPLIANCE WITH LCivR 7.1(d)
FOR MOTION TO EXTENED BRIEF PAGES**

In accordance with W.D Mich. LCivR 7.1(d), the undersigned hereby certifies that, on January 2, 2024, Plaintiff tried to contact Defendants via their legal representative at the about emails, to ascertain whether they would object to Plaintiff's Motion for Extended pages of appeal brief but is yet to hear back from them. As such, Plaintiff is not sure if Defendants will object.

                        Respectfully Submitted,

Dated:  January 2, 2024,              \S/ Owen W. Barnaby
                                      Owen W. Barnaby, In Pro Se.