UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

       Plaintiff,                           Case No. 1:22-cv-01146-RJJ-SJB

   v.

MICHIGAN STATE GOVERNMENT, et al.,

       Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Owen W. Barnaby

RE:  Notice of Appeal of Magistrate Judge Decision to District Judge – #97

REASON FOR NOTICE:   Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                               CLERK OF COURT

Dated:  January 3, 2024        By:   /s/ S. Kivela_____
                                                Deputy Clerk