USPS TRACKING #

9590 9402 7534 2098 9843 91

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box●

OWEN BARNABY
P.O. BOX 1926
KENNESAW GA. 30156

BOSSPROPERTIES96@GMAIL.COM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   THADDEUS HACKWORTH ATTY
   BERRIEN COUNTY GOVERNMENT
   701 MAIN STREET
   ST JOSEPH MICHIGAN
   49085

   9590 9402 7534 2098 9843 91

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**PRIORITY MAIL** ★ UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: OWEN BARNABY
P.O. BOX 1926
KENNESAW GA 30156

TO: THADDEUS HACKWORTH ATTY
GENERAL COUNSEL
BERRIEN COUNTY GOVERNMENT
701 MAIN STREET
ST. JOSEPH MICHIGAN 49085

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

---

7022 1670 0001 2173 0504

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 1670 0001 2173 0504
7022 1670 0001 2173 0504

**U.S. Postal Service™
CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
 ☐ Return Receipt (hardcopy) $
 ☐ Return Receipt (electronic) $
 ☐ Certified Mail Restricted Delivery $
 ☐ Adult Signature Required $
 ☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To THADDEUS HACKWORTH ATTY
Street and Apt. No., or PO Box No. 701 MAIN STREET
City, State, ZIP+4 ST. JOSEPH MICHIGAN 49085

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NICHOLAS BAGLEY ATTY
OFFICE OF GOVONOR OF MICHIGAN
ROMNEY BUILDING
111 SOUTH CAPITAL AVE
LANSING MICHIGAN 48933

9590 9402 7437 2055 8015 30

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Sent To: NICHOLAS BAGLEY ATTY
Street and Apt. No., or PO Box No.: 111 SOUTH CAPITAL AVE
City, State, ZIP+4: LANSING MICHIGAN 48933

7022 1670 0001 2173 0511

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**PRIORITY MAIL**

FROM: OWEN BARNABY
P.O. BOX 1926
KENNESAW GA 30156

TO: NICHOLAS BAGLEY
GENERAL COUNSEL
OFFICE OF GOVONOR OF MICHIGAN
ROMNEY BUILDING
111 SOUTH CAPITAL AVE
LANSING MICHIGAN 489[33]

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KATHERINE GARDNER
   GENERAL COUNSEL "UPL"
   STATE BAR OF MICHIGAN
   306 TOWNSEND STREET
   LANSING MICHIGAN 48933

   9590 9402 7534 2098 9845 51

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

7022 1670 0001 2173 0559

**CERTIFIED MAIL**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)         $
☒ Return Receipt (electronic)       $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To KATHERINE GARDNER ATN
Street and Apt. No., or PO Box No. 306 TOWNSEND STREET
City, State, ZIP+4 LANSING MICHIGAN 48933

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MARGE DURAM-HIATT
   SUPERVISOR
   NILES CHARTER TOWNSHIP
   320 BELL RD
   NILES MICHIGAN 49120

   9590 9402 7437 2055 8015 47

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

CERTIFIED MAIL

7022 1670 0001 2173 0498

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)           $ _____
☒ Return Receipt (electronic)         $ _____
☒ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To  MARGE DURAM-Hiatt
Street and Apt. No., or PO Box No.  320 BELL RD
City, State, ZIP+4®  NILES MICHIGAN 49120

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JEFFERY HOLMSTROM
   HOLMSTROM LAW OFFICE
   830 PLEASANT STREET
   SUITE 100       49085
   ST. JOSEPH MICHIGAN

   9590 9402 7437 2055 8015 85

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)         $_____
☒ Return Receipt (electronic)       $_____
☒ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required          $_____
☐ Adult Signature Restricted Delivery $_____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To: ATTY. JEFFERY HOLMSTROM
Street and Apt. No., or PO Box No.: 830 PLEASANT STREET SUITE 100
City, State, ZIP+4: ST. JOSEPH, MICHIGAN 49085

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7022 1670 0001 2173 0528















