# EXHIBIT W- 8

**Further Proof that Plaintiff Properly Served Defendants with Summonses and Copies of Complaint**