UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

CASE NO. 1:22-cv-1146

v.

HON. ROBERT J. JONKER

MICHIGAN STATE GOVERNMENT, et al.,

    Defendants.

_____/

## ORDER

Plaintiff has filed an amended motion for leave to file excess pages in support of his pending appeals of Magistrate Judge's Orders (ECF No. 101). Defendants shall have no later than **January 16, 2024**, in which to respond to Plaintiff's motion.

Dated: January 8, 2024
        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE