UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v

MICHIGAN STATE GOVERNMENT,
HON. GRETCHEN WHITMER GOVERNOR
OF MICHIGAN, HON. JENNIFER
GRANHOMLM GOVERNOR OF MICHIGAN,
HON. RICK SNYDER GOVERNOR OF
MICHIGAN, SUPREME COURT OF
MICHGAN, STATE BAR OF MICHGAN,
KENDELL S. ASBENSON (P81747),
MICHIGAN ATTORNEY GENERAL DANA
NESSEL, CITY OF BENTON HARBOR,
NILES CHARTER TOWNSHIP, BOARD OF
TRUSTEES OF NILES CHARTER
TOWNSHIP, BERRIEN COUNTY
GOVERNMENT, BERRIEN COUNTY
BOARD OF COMMISSIONERS, BRET
WITSKOWSKI TREASURER OF BERRIEN
COUNTY, KATHLEEN CULBERSON
NOTARY PUBLIC OF BERRIEN COUNTY,
TITLE & INSURANCE COMPANY(s),
ATTORNEY DONNA B. HOWARD,
ATTORNEY MCKINLEY R. ELLIOTT,
ATTORNEY JAMES MCGOVERN,
ATTORNEY JEFFREY R. HOLMSTROM,
HOLMSTROM LAW, PLC,

    Defendants.

No. 22-cv-01146

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2024, I electronically filed Defendants Former Governor Jennifer Granholm's, Former Governor Rick Snyder's, and

Assistant Attorney General Kendell Asbenson's Response to Plaintiff's Request the Clerk Court Enter a Default (ECF NO. 95) [ECF No. 104] with the Clerk of the Court using the ECF System.  On January 11, 2024 I mailed a copy of same via U.S. Mail to:

    Jeffrey R. Holmstrom
    830 Pleasant St. Ste 100
    Saint Joseph, MI 49085

                                          */s/Kimberly K. Pendrick*
                                          Kimberly K. Pendrick (P60348)
                                          Assistant Attorney General