# EXHIBIT W-12

**Plaintiff's newly Discovery of electric receipt that further Proofs
<u>Proper Service of Summonses and Copies of Complaint, on:</u>**

**1). MICHIGAN STATE GOVERNMENT;      2). GOVERNOR GRETCHEN WHITMER
3). Former Governor JENNIFER GRANHOMLM;  4). Former Governor  RICK SNYDER**

