# Exhibit W-13

Proof of Service of Summonses and Copies of Complaint

The Holmstrom Defendants'   #. 9590940274372055801585
                            #. 70221670000121730528

**1),** Defendant – Attorney Jefferey R. Holmstrom and   **2),** Defendant – Holmdtrom Law Office.

**Please see  (ECF No. 29, PageID.111&112)**

1

"The Summons and Complaint were served on **1)**, Defendant – Attorney Jefferey R. Holmstrom and   **2)**, Defendant – Holmdtrom Law Office. The signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendants.

Dated: December 30, 2022,       \S/ Owen W. Barnaby
                                 Owen W. Barnaby, In Pro Se.

                                 Owen W. Barnaby
                                 Printed Name

                                 PO Box 1926
                                 Address

                                 Kennesaw Georgia, 30156
                                 City, State Zip code

                                 (678) 382-4183
                                 Phone Number

**EIGHTH:** Tracking Number:
# 70221670000121730528
Copy Schedule a Redelivery

### Latest Update
We attempted to deliver your item at 1:49 pm on December 9, 2022 in SAINT JOSEPH, MI 49085 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning December 10, 2022. If this item is unclaimed by December 24, 2022 then it will be returned to sender.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivery Attempt: Action Needed
Notice Left (No Authorized Recipient Available)
SAINT JOSEPH, MI 49085
December 9, 2022, 1:49 pm

### Out for Delivery
SAINT JOSEPH, MI 49085
December 9, 2022, 6:10 am
See All Tracking History
December 8, 2022

### Arrived at USPS Regional Destination Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX December 7, 2022, 11:17 am

2

# REJECTION OF SERVICE
# SUMMONS AND COMPLAINT
## By.

**1),** Defendant – Attorney Jefferey R. Holmstrom and   **2),** Defendant – Holmdtrom Law Office.

Tracking Number:
# 70221670000121730528
Copy Add to Informed Delivery

### Latest Update
Your item could not be delivered on December 28, 2022 at 11:12 am in BENTON HARBOR, MI 49022. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Alert
Unclaimed/Being Returned to Sender
BENTON HARBOR, MI 49022
December 28, 2022, 11:12 am

"Plaintiff called and spoke with Defendant Attorney Holmstrom as a Defendant in the case and about some of his prior clients; also, about Plaintiff's intent to add to the Complaint. It was a "Surprise" to Plaintiff, when Defendant Attorney Holmstrom stated that, Plaintiff has no further need to contact him about the same two matters as the Magistrate Judge has filed a Report and Recommendation which Judge Robert J. Jonker who will basically just rubber stamp even if Plaintiff responded." (ECF No. 22, ID.66-67)

In addition, 1), Defendant – Attorney Jefferey R. Holmstrom and   2), Defendant –

Holmdtrom Law Office, received complaint by email."

## Please see  (ECF No. 29, PageID.111&112)