# EXHIBIT W-15

Plaintiff's newly Discovery of Berrien County Board of Commissioners written Authorized by Appointment or by Law of Attorney Thaddeus Hackworth as Agent.

**BERRIEN COUNTY**
**BOARD OF COMMISSIONERS**

R. McKinley Elliott, Chairman
District 10 Commissioner



*701 MAIN STREET*
*ST. JOSEPH, MICHIGAN 49085*
*TELEPHONE: (269)983-7111, EXT 8095*
*FAX: (269)983-5788*

**PRESS  RELEASE**
For Immediate Release

Date:   December 21, 2021

Contact:      Annette Christie, Berrien County Administration
              (269) 983-7111, ext. 8095

St. Joseph –The Berrien County Board of Commissioners approved the selection of Thaddeus Hackworth as its Corporate Counsel effective January 3, 2021.

A St. Joe native, Mr. Hackworth acquired a Bachelor of Arts in Political Science from Hope College and graduated from law school at Georgetown University. He began practicing law in New York City in 2004 before returning back home in 2020. His impressive resume´ includes a skill set that combines experience and ability in both litigation and public policy.

The Corporate Counsel position is one of two that are hired by the Berrien County Board of Commissioners, the other being the County Administrator.  Corporate Counsel serves as legal counsel and provides advice to County officials, agencies, boards, authorities, commissions, and employees with respect to their official functions.

The resolution passed unanimously by the Board of Commissioners at their December 16, 2021 meeting and sets the annualized salary at $128,000 and approves the associated three-year contract.