**CERTIFICATE REGARDING COMPLIANCE WITH LCivR 7.1(d)**

**EXPEDITED CONSIDERATION REQUESTED**

**FOR Motion for Leave to Respond to Defendants' Oppositions to Plaintiff's Appeal Brief.**

---

In accordance with W.D Mich. LCivR 7.1(d), the undersigned hereby certifies that, on January 16, 2024, Plaintiff tried to contact Defendants via their legal representative at the about emails, to ascertain whether they would object to Plaintiff's EXPEDITED CONSIDERATION REQUESTED, Motion for Leave to Submit New Discoveries and Supplemental Brief, To Defendants' Opposition to Plaintiff's; Amended Appeal from the Magistrate Judge's Orders (ECF No. 91, In Part, And (ECF No. 96) In Full, to the District Court's Judge, but is yet to hear back from them. As such, Plaintiff is not sure if Defendants will object.

Respectfully Submitted,

Dated: January 17, 2024,         \S/ Owen W. Barnaby
                                 Owen W. Barnaby, In Pro Se.