# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|    Plaintiff- Appellant | ) |
|         Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|    Defendants- Appellees | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

 Attorney, T. Seth Koches,
 Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582     |     EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

## CERTIFICATE OF RULE COMPLIANCE, OF,

### EXPEDITED CONSIDERATION REQUESTED
For,
## Plaintiff's Appeal (ECF No. 100) and Supplemental Brief, To Defendants' Opposition to Plaintiff's,

### Amended Appeal from the Magistrate Judge's Orders (ECF No. 91, In Part, And (ECF No. 96) In Full, to the District Court's Judge.

---

**First,** Plaintiff's Appeal Brief (ECF No. 100) filed with this Court and served on Defendants, on January 04, 2024, complies with the word limit of L. Civ. R. 7.2(b)(i) because it **contains 8,715 words**, excluding the parts exempted by L. Civ. R. 7.2(b)(i). The documents complied with the typeface requirements of Local Rule 7.2(b)(ii) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Times New Roman.

**Second**, Plaintiff's Appeal Brief (ECF No. 109) filed with this Court and served on Defendants, on January 17, 2024, complies with the word limit of L. Civ. R. 7.2(c), because it **contains 4,258 words,** excluding the parts exempted by L. Civ. R. 7.2(c). The documents complied with the typeface requirements of Local Rule 7.2(c) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Times New Roman but has 13 pages. Plaintiff, hope in in like of Motions (ECF Nos. 101,110) per Fed. R. Civ. P. 1, this Court will accept Plaintiff's Appeal Brief (ECF No. 109) 4,258 words, or Order Plaintiff to file yet another motion for access pages.

Respectfully Submitted,

Dated:  January 18, 2023,  \S/ Owen W. Barnaby
Owen W. Barnaby, In Pro Se.

2

## **CERTIFICATE OF SERVICE**

The undersigned states that on the 18th day of January 2024, a duplicate original of Plaintiff's, ''CERTIFICATE OF RULE COMPLIANCE of Appeal Brief and Supplemental Brief, To Defendants' Opposition to Plaintiff's; Amended Appeal from the Magistrate Judge's Orders (ECF No. 91, In Part, and (ECF No. 96) In Full, to the District Court's Judge", was filed with the Clerk of the Court, using the ECF System, which will provide electric notice to the parties of record, and I have email and mailed by U.S. Postal Service the same to non-ECP participants.

                                                Respectfully Submitted,

Dated: January 18, 2024,                        \S/ Owen W. Barnaby
                                                   Owen W. Barnaby, In Pro Se.