UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

       Plaintiff,                                      Hon. Robert J. Jonker

v.                                                  Case No. 1:22-cv-1146

MICHIGAN STATE GOVERNMENT,
et al.,

       Defendants.
_____/

**ORDER**

The Court has before it Plaintiff's Motion for Clarification and Order for New Defendants' Summonses. (ECF No. 113.) On December 27, 2023, the Court entered an Order granting Plaintiff's motion for leave to file his Third Amended Complaint. (ECF 91.) As Plaintiff notes, although the Court directed the Clerk to docket Plaintiff's proposed Third Amended Complaint, it did not direct the Clerk to issue Plaintiff's proposed summonses for the new Defendants that had previously been docketed as ECF Nos. 38-46. Accordingly, the Court now directs the Clerk to issue Plaintiff's proposed summonses.

Apart from the summonses, Plaintiff raises two other issues: (1) how will the proceeding progress if Plaintiff and the nine new Defendants cannot reach a stipulated declaratory judgment regarding purging of the courts' record of forgery and Unauthorized Practice of Law; and (2) if the Hon. Robert J. Jonker affirms the Court's December 27, 2023 Order pertaining to Plaintiff's motions for entry of default judgment, and Plaintiff files an interlocutory appeal to the Sixth Circuit, how will the case proceed as to the nine new Defendants? Because Plaintiff's inquiries hinge on uncertain events that may or may not happen, the Court need not address them as no issue is pending before the Court for decision.

Accordingly, the motion is **GRANTED IN PART AND DENIED IN PART** as set forth above.

**IT IS SO ORDERED**.

Dated: January 22, 2024                                             /s/ Sally J. Berens  
                                                                                SALLY J. BERENS  
                                                                                U.S. Magistrate Judge