# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker



TO: MICHIGAN COURT OF APPEALS,
ADDRESS:
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within  21  days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By: Deputy Clerk                    January 23, 2024
                                              Date

---

## PROOF OF SERVICE

This summons for   MICHIGAN COURT OF APPEALS,   was received by me on _____.
(name of individual and title, if any)                                                        (date)

☐ I personally served the summons on the individual at _____
                                                                                          (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                          (name of individual)
of process on behalf of _____ on _____.
                                  (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                                   _____
                                                                          Server's signature

Additional information regarding attempted service, etc.:
                                                                   _____
                                                                       Server's printed name and title

                                                                   _____
                                                                           Server's address

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker 

TO: HONORABLE MABEL J.MAYFIELD, C.J
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within   21   days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183

CLERK OF COURT



By: Deputy Clerk

January 23, 2024
Date

### PROOF OF SERVICE

This summons for    HONORABLE MABEL J.MAYFIELD, C.J    was received by me on _____.
(name of individual and title, if any)                                                                                                    (date)

☐ I personally served the summons on the individual at _____
                                                                                                    (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                          (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker



TO: HONORABLE GARY J. BRUCE, C.J
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183

CLERK OF COURT



By: Deputy Clerk     January 23, 2024
                                   Date

## PROOF OF SERVICE

This summons for   HONORABLE GARY J. BRUCE, C.J   was received by me on _____ .
                (name of individual and title, if any)                      (date)

☐ I personally served the summons on the individual at _____ on _____ .
                                        (place where served)    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____ .

☐ Other *(specify)* _____ .

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: _____

                                                     *Server's signature*

Additional information regarding attempted service, etc.:

                                            *Server's printed name and title*

                                                *Server's address*

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker 

TO: HONORABLE ELIZABETH T. CLEMENT, C.J
ADDRESS:
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183

CLERK OF COURT



By: Deputy Clerk     January 23, 2024
                     Date

### PROOF OF SERVICE

This summons for __HONORABLE ELIZABETH T. CLEMENT, C.J__ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker



TO: HONORABLE ELIZABETH L. GLEICHER, C.J
ADDRESS:
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183

CLERK OF COURT



January 23, 2024
By: Deputy Clerk       Date

---

## PROOF OF SERVICE

This summons for ___HONORABLE ELIZABETH L. GLEICHER, C.J___ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                          (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
Server's signature

Additional information regarding attempted service, etc.:
_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker 

TO: HONORABLE CHRISPHER M. MURRAY, C.J
ADDRESS:
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183

CLERK OF COURT



January 23, 2024
By: Deputy Clerk                               Date

### PROOF OF SERVICE

This summons for _____HONORABLE CHRISPHER M. MURRAY, C.J_____ was received by me on _____.
(name of individual and title, if any)                                                                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                            (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                            _____
                                                    Server's signature

Additional information regarding attempted service, etc.:   _____
                                                              Server's printed name and title

                                                            _____
                                                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN



OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker

TO: BERRIEN COUNTY TRIAL COURT
ADDRESS: Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By: Deputy Clerk

January 23, 2024
Date

---

## PROOF OF SERVICE

This summons for __BERRIEN COUNTY TRIAL COURT__ was received by me on _____.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
on _____. (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization) (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker 

TO: HONORABLE BRIDGET M. Mc CORMACK C.J
ADDRESS:
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within  21  days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183

CLERK OF COURT



By: Deputy Clerk

January 23, 2024
Date

## PROOF OF SERVICE

This summons for    HONORABLE BRIDGET M. Mc CORMACK C.J     was received by me on _____.
                    (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker 

TO: HONORABLE ALFRED M. BUTZBAUGH, F.C.J
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By: Deputy Clerk                    January 23, 2024
                                    Date

## PROOF OF SERVICE

This summons for __HONORABLE ALFRED M. BUTZBAUGH, F.C.J__ was received by me on _____.
                 (name of individual and title, if any)                                  (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                        _____
                                        Server's signature

Additional information regarding attempted service, etc.:
                                        _____
                                        Server's printed name and title

                                        _____
                                        Server's address