UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v

MICHIGAN STATE GOVERNMENT, *et al.*

    Defendants.

No. 22-cv-01146

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

_____/

Owen W. Barnaby
Plaintiff in Pro Per
P. O. Box 1926
Kennesaw, GA 30156
(269) 338-4876

Kimberly K. Pendrick (P60348)
Attorney for Defendants Granholm, Snyder
and Asbenson
Michigan Department of Attorney General
Civil Rights & Elections Division
3030 W. Grand Blvd, 10th Floor
Detroit, MI 48202
(313) 456-0067
pendrickk@michigan.gov
_____/

**DEFENDANTS FORMER GOVERNORS JENNIFER GRANHOLM AND RICK SNYDER, AND ASSISTANT ATTORNEY GENERAL KENDELL ASBENSON'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

    Defendants former Governor Jennifer Granholm, former Governor Rick Snyder, and Assistant Attorney General Kendell Asbenson, move for the dismissal of Plaintiff Owen W. Barnaby's third amended complaint pursuant to Fed. R. Civ. Proc. 12(b)(1) and (6), for the reasons that this court lacks jurisdiction, Plaintiff's

claims are barred by immunity, and he has failed to state a claim for which relief may be granted as set forth more fully in the accompanying brief.

                                            Respectfully submitted,

                                            *s/Kimberly K. Pendrick*
                                            Kimberly K. Pendrick
                                            Assistant Attorney General
                                            Attorney for Defendants Granholm, Snyder and Asbenson
                                            Civil Rights & Elections Division
                                            3030 W. Grand Blvd., 10th Floor
                                            Detroit, MI  48202
                                            (313) 456-0067
                                            pendrickk@michigan.gov
                                            P60348

Dated:  January 24, 2024

## CERTIFICATE OF SERVICE

     I hereby certify that on January 24, 2024, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice to the parties of record, and I have mailed by U.S. Postal Service the paper to the non-ECF participants.

                                            *s/Kimberly K. Pendrick*
                                            Kimberly K. Pendrick (P60348)
                                            Assistant Attorney General