UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

                                    No. 22-cv-01146

v

                                    HON. ROBERT J. JONKER

MICHIGAN STATE GOVERNMENT, *et al.*

                                    MAG. SALLY J. BERENS

    Defendants.

_____/

**CERTIFICATE OF CONCURRENCE**

    In accordance with W.D. Mich. LCivR 7.1(d), the undersigned hereby certifies that on January 23, 2024, Kim Pendrick, counsel herein, emailed with Plaintiff today seeking concurrence in the Motion to Dismiss Plaintiff's third amended complaint and concurrence was denied.

                                                        Respectfully submitted,

                                                      */s/Kimberly K. Pendrick*
                                                      Kimberly K. Pendrick
                                                      Assistant Attorney General
                                                      Attorney for State Defendants
                                                      Michigan Department of Attorney General
                                                      Civil Rights and Election Div.
                                                      3030 W. Grand Blvd., 10th Floor
                                                      Detroit, MI 48202
                                                      pendrickk@michigan.gov
                                                      P60348

Dated:  January 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such to all counsel of record.

*/s/ Kimberly K. Pendrick*
Kimberly K. Pendrick (P60348)
Assistant Attorney General
3030 W. Grand Blvd., Ste 10-666
Detroit, MI  48202
(313) 456-0200