UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v

MICHIGAN STATE GOVERNMENT, *et al*.

    Defendants.

No. 22-cv-01146

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

_____/

Owen W. Barnaby
Plaintiff in Pro Per
P. O. Box 1926
Kennesaw, GA 30156
(269) 338-4876

Kimberly K. Pendrick (P60348)
Attorney for Defendants Granholm, Snyder
and Asbenson
Michigan Department of Attorney General
Civil Rights & Elections Division
3030 W. Grand Blvd, 10th Floor
Detroit, MI 48202
(313) 456-0067
pendrickk@michigan.gov
_____/

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit
and Typeface Requirements

    1.    The brief complies with the type-volume limitation of Local Rule

7.2(b)(ii) because, excluding the part of the document exempted by this rule, this

brief does not contain more than 10,800 words. This document contains 4,744 words.

      2.      This document complies with the typeface requirements of Local Rule 7.2(b)(ii) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Century Schoolbook.

Respectfully submitted,

*s/Kimberly K. Pendrick*
Kimberly K. Pendrick
Assistant Attorney General
Attorney for Defendants Granholm, Snyder and Asbenson
Civil Rights & Elections Division
3030 W. Grand Blvd., 10th Floor
Detroit, MI  48202
(313) 456-0067
pendrickk@michigan.gov
P60348

Dated:  January 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice to the parties of record, and I have mailed by U.S. Postal Service the paper to the non-ECF participants.

*s/Kimberly K. Pendrick*
Kimberly K. Pendrick (P60348)
Assistant Attorney General