UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

    Plaintiff,

v.

THE CITY OF BENTON HARBOR, et al.,
Defendants.

Case No. 1:22-cv-01146

Hon. Robert J. Jonker
Mag. Sally J. Berens

## CERTIFICATE OF COMPLIANCE

Benton Harbor certifies that this brief is in compliance with LR 7.2(b)(i). Microsoft Word's word count function reports a total word count of 9,256, as defined by LR 7.2(b)(i).

Respectfully submitted,

BODMAN PLC

By: *Thomas J. Rheaume, Jr.*
  Thomas J. Rheaume, Jr. (P74422)
  Emily P. Jenks (P84497)
 6th Floor at Ford Field
 1901 St. Antoine Street
 Detroit, Michigan  48226
 313-259-7777
 trheaume@bodmanlaw.com
 ejenks@bodmanlaw.com
 Attorneys for Defendant the City of Benton Harbor

January 24, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, I caused the foregoing document and this Certificate of Service to be electronically filed by using the CM/ECF electronic filing system which will send notification of such filing(s) to all parties via their counsel of record.

        Respectfully submitted,

        BODMAN PLC

        By:/s/ *Emily P. Jenks* _____
          Thomas J. Rheaume, Jr. (P74422)
          Emily P. Jenks (P84497)
         6th Floor at Ford Field
         1901 St. Antoine Street
        Detroit, Michigan  48226
        313-259-7777
        trheaume@bodmanlaw.com
        ejenks@bodmanlaw.com
        Attorneys for Defendant the City of Benton Harbor

January 24, 2024