# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|     Plaintiff | ) |
|     Vs. | ) Hon. Robert  J.  Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|     Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby  
P.O. Box 1926  
Kennesaw, GA 30156  
(678) 382- 4183  
Bossproperties96@gmail.com

Attorney T. Hackworth  
Berrien County Government  
701 Main Street, St. Joseph, Michigan 49085  
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

 Attorney, T. Seth Koches,  
 Niles-Charter-Township/Board of Trustee  
470 W. Centre Ave., Ste. A, Portage, MI. 49024  
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)  
Holmstrom Law Office PLC  
830 Pleasant Street Suite 100  
St. Joseph, MI 49085  
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks  
6th Floor at Ford Field  
1901 St. Antoine St. Detroit, MI 48226  
T: 313-393-7582     |       EJenks@bodmanlaw.com

Berrien County Courthouse,  
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan  
525 W. Ottawa, 5th Floor  
P.O. Box 30736, Lansing, MI 48909  
T. 517-335- 7659   | PendrickK@michigan.gov

1

2

## **CERTIFICATE OF SERVICE**

The undersigned states that on the 26th day of January 2024, a duplicate original of Plaintiff's, ''Plaintiff Request to the Clerk of Court for Entry of DEFAULT Against all Listed Defendants, Pursuant 55.(a)", was filed with the Clerk of the Court, using the ECF System, which will provide electric notice to the parties of record, and I have emailed/mailed by U.S. Postal Service the same to non-ECP participants.

                        Respectfully Submitted,

Dated:  January 26, 2024,              \S/ Owen W. Barnaby
                                        Owen W. Barnaby, In Pro Se.

## CERTIFICATE OF RULE COMPLIANCE
### For,
### Plaintiff Request the Clerk of Court for Entry of DEFAULT Against all Listed Defendants Listed Below, Pursuant 55.(a),

This Request complies with the word limit of L. Civ. R. 7.2(b)(i) because it contains 1455 words, excluding the parts exempted by L. Civ. R. 7.2(b)(i). The word count was generated using Microsoft Word 2013.

                                       Respectfully Submitted,

Dated: January 26, 2024,                \S/ Owen W. Barnaby
                                             Owen W. Barnaby, In Pro Se.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|    Plaintiff- Appellant | ) |
|                Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|    Defendants- Appellees | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

Attorney, T. Seth Koches,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582    |    EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659  | PendrickK@michigan.gov

**CERTIFICATE REGARDING COMPLIANCE WITH LCivR 7.1(d)**
For,
**MOTION FOR CLARIFICATION AND ORDER FOR,**
**NEW DEFENDANTS' SUMMONSES (ECF Nos.38, 39,40,41,42,43,44,45,46)**

In accordance with W.D Mich. LCivR 7.1(d), the undersigned hereby states that on January 26, 2024, Plaintiff emailed Defendants' legal Representative seeking concurrence to ''Plaintiff Request to the Clerk of Court for Entry of DEFAULT Against all Defendants, Pursuant 55.(a). Plaintiff is yet to hear back from Defendants' or their representative as such Plaintiff is not sure if they will be objecting.

Respectfully Submitted,

Dated: January 26, 2024,                \S/ Owen W. Barnaby
                                         Owen W. Barnaby, In Pro Se.