# EXHIBIT A

| | |
|---|---|
| **From:** | Barnaby"s Business |
| **To:** | Pendrick, Kimberly (AG); Jeffrey Holmstrom; Drew Baker; thackworth@berriencounty.org; Koches@michigantownshiplaw.com; Amanda Hansbro; Rob Thall; Jenks, Emily; Barnaby"s Business |
| **Subject:** | Re: Attention Counsels, |
| **Date:** | Friday, January 26, 2024 5:34:28 PM |
| **Attachments:** | image001.png<br>Default Filed.pdf<br>Default Certificates Filed.pdf<br>Default Affidavit Filed.pdf |

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

On Fri, Jan 26, 2024 at 5:19 PM Barnaby's Business <bossproperties96@gmail.com> wrote: Attorney Pendrick, already filed the requested default, yes, it is the truth that I filed more than one Default applications. However, this one is unique because it is with affidavit. I'm Pro se Litigant, please be gracious to me. Have a great weekend! Thank you and God bless, thank you

On Fri, Jan 26, 2024 at 4:45 PM Pendrick, Kimberly (AG) <PendrickK@michigan.gov> wrote:

> Mr. Barnaby,
>
> You have filed an inordinate amount of default requests.  The current status of your default request was that it was denied by the court, and you have appealed that decision to the District Court.  If you file any further default requests, we are going to seek sanctions for requiring us to file another response.
>
> *Kim*
>
> Kimberly K. Pendrick, First Assistant
>
> Civil Rights & Elections Division
>
> Michigan Department of Attorney General
>
> 3030 W. Grand Blvd., 10th Floor
>
> Detroit, Michigan  48202

(517) 930-8842



Confidentiality Notice:  This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information.  Any unauthorized review, use, disclosure, or distribution of this communication(s) is expressly prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

---

**From:** Barnaby's Business <bossproperties96@gmail.com>
**Sent:** Friday, January 26, 2024 4:35 PM
**To:** Jeffrey Holmstrom <jeff@holmstromlawoffice.com>; Jenks, Emily <EJenks@bodmanlaw.com>; Pendrick, Kimberly (AG) <PendrickK@michigan.gov>; thackworth@berriencounty.org; Koches@michigantownshiplaw.com; Linda Gallagher <linda@holmstromlawoffice.com>; Barnaby's Business <bossproperties96@gmail.com>; Drew Baker <dbaker@michbar.org>
**Subject:** Attention Counsels,

> **CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Attention Counsels,

　　Considering the January 24, 2024, expiration and because some Defendants fortified filing answer or Rule 12 Motion to Plaintiff's Third

Amended Complaint (ECF No.36).   Plaintiff is seeking concurrence for his Request to the Clerk of Court for Entry of DEFAULT Against all Defendants, with Affidavit,  Pursuant 55.(a)', he intends to file with the District Court Clerk today.


Plaintiff