# EXHIBIT W-17

PLAINTIFF'S STIPULATION OFFER

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|    Plaintiff- Appellant | ) |
|       Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|    Defendants- Appellees | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

Attorney, T. Seth Koches,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582    |    EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

# Barnaby V. Michigan State Government, et al: Stipulation Offer

RE:                    PLAINTIFF'S STIPULATION OFFER

**Good, Attorney Pendrick,**

**First**, I am in receipt of your letter waiving process of service of your clients: **1).** THE HONORABLE ELIZABETH T. CLEMENT, C.J ; **2).** THE HONORABLE CHRISPHER M. MURRAY, C.J; **3).** MICHIGAN COURT OF APPEALS, for the State of Michigan; **4).** THE HONORABLE BRIDGET M. Mc CORMACK C.J; **5).** THE HONORABLE ELIZABETH L. GLEICHER, C.J. My family am I, thank you for being so kind and gracious in waiving their process of service.

**Second,** your letter mentions that, you intend on filing a Dismissal Motion for your same clients and if I would, "Please advise if you concur in our motion and if you will consider voluntarily dismissing these defendants."  Attorney Pendrick, I have been pleading with the Berrien County Defendants and others for years to settle this matter, prior to some of Defendants' willful wanton misconducts, that caused me to lose [all] same real properties, my employment, my livelihood, suffered homelessness, **the death of our son**; hardship of great pain and suffering; and emotional distress.  Attorney Pendrick, you perhaps are a mother, wife, sister, etc. I am a husband, father, son, uncle to my deceased bother's children to gun-violence , etc. Defendants' same misconducts cause me to lose [all] same real properties, which were my employment and livelihood and prevents me from playing my roles a husband, father, son, uncle to my deceased bother's children due to gun-violence.

**Third,** please, please, please, Attorney Pendrick, stipulate with me that I will voluntarily dismiss: **1).** THE HONORABLE ELIZABETH T. CLEMENT, C.J ; **2).** THE HONORABLE CHRISPHER M. MURRAY, C.J; **3).** MICHIGAN COURT OF APPEALS, for the State of Michigan; **4).** THE

3

HONORABLE BRIDGET M. Mc CORMACK C.J;  **5).** THE HONORABLE ELIZABETH L. GLEICHER, C.J. and all the other Defendants.  I will voluntarily dismiss them in one or two ways, A or B, please see below:

> A. A Declaratory Judgment, contents, declaring as follows: 1). Defendant Treasurer Bret Witskowski actions amounts to unauthorized Practice of Law and forgery, fraud, and thievery.  2).  That Judge Butzbaugh's **July 12, 2012,** Order was and still is improper Forgey document.  3). That, Judge Butzbaugh's **August 18, 2010,** Foreclosure Judgment and all Orders and Judgments connected to it is Void and is not binding on Plaintiff.  Or to,
>
> B. Settle the case according to my current affidavit, in his affidavit, Twenty Two Million, Five Hundred Twenty Nine Thousand, Three Hundred and Twenty Nine Dollars and Sixty Cents, **$22, 529,329.60.**  Attorney Pendrick, this offer expires today, January 31, 2024.

**Fourth,** Attorney Pendrick, if we cannot agree on this stipulation offer I would regretfully have to deny you, "concurrence in your motion and will not be able to voluntarily dismiss these Defendants. Moreover, I believe your pending Motion to Dismiss will fail for many reasons, here are a few: 1). Default on the  Second Amended  Complaint is triggered,  2). Second and Third Amended  Complaint facts are the same which barred your reconsideration second Motion to Dismiss.  3). The Sixth Circuit already sided with me on the issues of forgery, etc. Lastly,  your Motion to Dismiss for the Court and Judges will also fail for multiple reasons: 1). crime fraud exceptions, 2). As to the Supreme Judges the issue is primarily about violation of Plaintiff's rights via their supervisory role over, 'Michigan State Bar'. 3). As for the appellate

Court and its Judges, the issue is about their personal letter to coverup the Trial Court Judge Butzbaugh's July 12, 2012, improper Forgey Order.

     Finally, Attorney Pendrick, if we cannot agree on this stipulated offer, I am prepared to take this issue all the way to the United Supreme Court. Your clients would give me no other options but to soldier on in my roles as a husband, father, son, uncle to my deceased bother's children due to gun-violence. Please Note, I will invite the national media and civil rights leader to take this journey with me going forward if we are not able to stipulate. Please, please, please Attorney Pendrick, share with all your clients my intent and advise if they and the other Defendants would consider my stipulation offer.     Best regards

                                   Respectfully Submitted,

Dated:  January 31, 2024,                \S/ Owen W. Barnaby
                                         Owen W. Barnaby, In Pro Se.