UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 06, 2024

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156

Re: Case No. 24-1086, *Owen Barnaby v. MI, et al*
Originating Case No. : 1:22-cv-01146

Dear Parties,

Please find enclosed the amended caption for this appeal.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Ms. Ann E. Filkins
    Mr. Thaddeus Jeremiah Hackworth
    Ms. Emily Jenks
    Mr. Theodore Seth Koches
    Ms. Kimberly K. Pendrick
    Mr. Thomas J. Rheaume Jr.

| 24-1086 |
|---|
| OWEN W. BARNABY<br><br>       Plaintiff - Appellant<br><br>v.<br><br>STATE OF MICHIGAN; GRETCHEN WHITMER, Governor; JENNIFER M. GRANHOLM, Former Governor; RICK SNYDER, Former Governor; KENDELL ASBENSON, (P81747); DANA NESSEL, Attorney General; CITY OF BENTON HARBOR, MI; NILES CHARTER TOWNSHIP, MI; BOARD OF TRUSTEES OF NILES CHARTER TOWNSHIP, MI; BERRIEN COUNTY, MI; BERRIEN COUNTY, MI BOARD OF COMMISSIONERS; BRET WITSKOWSKI, Berrien County Treasurer, in his individual and official capacities; SHELLY WEICH, Berrien County Treasuser; LORI D. JARVIS, Berrien County Registar; KATHLEEN CULBERSON, Berrien County Notary Public; DONNA B. HOWARD, Attorney; LORA L. FREEHLING, Berrien County Registar; MCKINLEY R. ELLIOTT, Attorney; JEFFREY ROBERT HOLMSTROM, Attorney; HOLMSTROM LAW, PLC; JAMES T. MCGOVERN, Attorney; UNKNOWN PART(Y)(IES), Named as Title & Insurance Company(s); BRIDGET MARY MCCORMACK, Circuit Judge; MICHIGAN SUPREME COURT, for the State of Michigan; ELIZABETH L. GLEICHER, Circuit Judge; CHRISTOPHER M. MURRAY, Circuit Judge; MICHIGAN COURT OF APPEALS; ALFRED M. BUTZBAUGH, Former Circuit Judge; MABEL J. MAYFIELD, Circuit Judge; GARY J. BRUCE, Circuit Judge; BERRIEN COUNTY, MI TRIAL COURT, for the State of Michigan; ELIZABETH T. CLEMENT, Circuit Judge<br><br>       Defendants - Appellees |