# EXHIBIT W-18

## Plaintiff's Filed EMERGENCY MOTION TO STAY ORDERS (ECF Nos. 91, 127, 131),

## In

## SIXTH CIRCUIT COURT

UNITED STATES COURT Of APPEALS
FOR THE SIXTH CIRCUIT
CINCINATI, OHIO

## CASE NO. 24-1086

Related Case: No. 23-1134

Owen W. Barnaby,

Plaintiff- Appellant

Vs.

Michigan State Government et al

Defendants- Appellees

On Appeal from the United States District Court, From the Western District of Michigan, the Honorable Robert J. Jonker; No. 1:22 -CV- 1146

### EMERGENCY MOTION WITH SUPPORTING BRIEF FOR PLAINTIFF- APPELLANT/ OWEN W. BARNABY

            PLAINTIFF-APPELLANT
            Owen Barnaby, In Pro Se
            PO Box 1926
            Kennesaw, GA 30156

**EXPEDITED CONSIDERATION REQUESTED**

**EMERGENCY MOTION: TO STAY ORDERS (ECF Nos. 91, 127, 131), ON PENDING APPEAL, UNTIL 28 DAYS AFTER INTERLOCUTORY APPEAL DETERMINATION, WHICH REQUIRE DEFENDANTS TO BE RE-SERVE BY February 10, 2024, ALTHOUGH THEY WERE ALREADY PROPERLY SERVED WITH SUMMONSES AND COPIES OF COMPLAINT, AND PROCEEDINGS DOCUMENTS; AND TO STAY ORDERS (ECF Nos. 91, 127) ON PENDING APPEAL, UNTIL 28 DAYS AFTER INTERLOCUTORY APPEAL DETERMINATION TO ANSWER TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT(ECF Nos.10, 36); AND TO SHORTEN APPEAL BRIEFING SCHEDULE.**

Plaintiff, In Pro Se, Owen W. Barnaby, with his request of, 'Emergency Motion: To Stay Orders (ECF Nos. 91, 127, 131), on pending Appeal, until 28 days after Interlocutory Appeal Determination, Which Requires Defendants to be Re-Issue Proper Service of Process by February 10, 2024, Although They were Already Properly, Summonses with Copies of Compliant-(ECF Nos.10, 36) and with all Documents filed in both the District Court and this Sixth Circuit Court's Appellate proceedings; whom, Plaintiff warrants Default and Default Judgment Against, and to Stay Answer to Defendants' Motions to Dismiss Complaint (ECF No.36); and to shorten Appeal's Briefing scheduling.

Furthermore, Plaintiff is requesting an expedited consideration under FRAP 8 (a)(1)(2), given, the District Court Orders (ECF Nos. 91, 96, 127), to dismiss Appellant Complaint-(ECF Nos. 10, 36), which will prejudice Appellant violated his rights and further this Sixth Circuit Court's Order and Judgment-(ECF Nos. 72,

3

73). One of the District Court's Orders-(ECF Nos. 91, 127, 131) Denied Appellant's Motion to extend to respond and re-serve and while other states, "….Failure to effect service within that time without a showing of good cause shall result in dismissal of such Defendants without prejudice. ECF No. 91, PageID.1124."; that expires on February 10, 2024.

    The request is based on the Brief in Support filed with the requested facts and legal authorities and arguments contained in the Supporting Brief.

Respectfully Submitted,

_____
Owen W. Barnaby, In Pro Se

Dated February 5, 2024