Case No. 24-1141

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**ORDER**

OWEN W. BARNABY

       Plaintiff - Appellant

v.

STATE OF MICHIGAN; GRETCHEN WHITMER, Governor; JENNIFER M. GRANHOLM, Former Governor; RICK SNYDER, Former Governor; KENDELL ASBENSON, (P81747); DANA NESSEL, Attorney General; CITY OF BENTON HARBOR, MI; NILES CHARTER TOWNSHIP, MI; BOARD OF TRUSTEES OF NILES CHARTER TOWNSHIP, MI; BERRIEN COUNTY, MI; BERRIEN COUNTY, MI BOARD OF COMMISSIONERS; BRET WITSKOWSKI, Berrien County Treasurer, in his individual and official capacities; SHELLY WEICH, Berrien County Treasurer; LORI D. JARVIS, Berrien County Registrar; KATHLEEN CULBERSON, Berrien County Notary Public; DONNA B. HOWARD, Attorney; LORA L. FREEHLING, Berrien County Registrar; MCKINLEY R. ELLIOTT, Attorney; JEFFREY ROBERT HOLMSTROM, Attorney; HOLMSTROM LAW, PLC; JAMES T. MCGOVERN, Attorney; UNKNOWN PART(Y)(IES), Named as Title & Insurance Company(s); BRIDGET MARY MCCORMACK, Circuit Judge; MICHIGAN SUPREME COURT, for the State of Michigan; ELIZABETH L. GLEICHER, Circuit Judge; CHRISTOPHER M. MURRAY, Circuit Judge; MICHIGAN COURT OF APPEALS; ALFRED M. BUTZBAUGH, Former Circuit Judge; MABEL J. MAYFIELD, Circuit Judge; GARY J. BRUCE, Circuit Judge; BERRIEN COUNTY, MI TRIAL COURT, for the State of Michigan; ELIZABETH T. CLEMENT, Circuit Judge

       Defendants - Appellees

This appeal being duplicative of Case No. 24-1086, it is hereby **DISMISSED**.

                                      **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: February 22, 2024

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 02/22/2024.

**Case Name:**   Owen Barnaby v. MI, et al
**Case Number:**   24-1141

**Docket Text:**
ORDER filed to dismiss as a duplicate appeal of case number 24-1086. 6th Cir. R. 45(a)(8). No mandate to issue..

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156

**A copy of this notice will be issued to:**

Ms. Ann E. Filkins
Mr. Thaddeus Jeremiah Hackworth
Ms. Emily Jenks
Mr. Theodore Seth Koches
Ms. Kimberly K. Pendrick
Mr. Thomas J. Rheaume Jr.