UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v

MICHIGAN STATE GOVERNMENT, *et al.*

    Defendants.

_____/

No. 22-cv-01146

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

Owen W. Barnaby
Plaintiff in Pro Per
P. O. Box 1926
Kennesaw, GA 30156
(269) 338-4876

Kimberly K. Pendrick (P60348)
Attorney for Defendants Granholm, Snyder
Asbenson, Clement, McCormack, Gleicher,
Murray, and the Michigan Court of Appeals
Michigan Department of Attorney General
Civil Rights & Elections Division
3030 W. Grand Blvd, 10th Floor
Detroit, MI 48202
(313) 456-0067
pendrickk@michigan.gov

_____/

**DEFENDANTS, JUDGE CLEMENT, JUDGE MCCORMACK, JUDGE GLEICHER, JUDGE MURRAY, AND THE MICHIGAN COURT OF APPEALS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Defendants Judge Elizabeth Clement, Judge Bridget McCormack, Judge Elizabeth Gleicher, Judge Murray, and the Michigan Court of Appeals, move for the dismissal of Plaintiff Owen W. Barnaby's third amended complaint pursuant to

Fed. R. Civ. Proc. 12(b)(1) and (6), for the reasons that this court lacks jurisdiction, Plaintiff's claims are barred by judicial immunity and Eleventh Amendment immunity, and he has failed to state a claim for which relief may be granted as set forth more fully in the accompanying brief.

    Respectfully submitted,

    /s/Kimberly K. Pendrick
    Kimberly K. Pendrick (P60348)
    Assistant Attorney General
    Attorney for Defendants Granholm, Snyder, Asbenson, Clement, McCormack, Gleicher, Murray, and the Michigan Court of Appeals
    Civil Rights & Elections Division
    3030 W. Grand Blvd., 10th Floor
    Detroit, MI  48202
    (313) 456-0067
    pendrickk@michigan.gov
    P60348

Dated:  March 22, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that on March 22, 2024, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice to the parties of record, and I have mailed by U.S. Postal Service the paper to the non-ECF participants.

    /s/Kimberly K. Pendrick
    Kimberly K. Pendrick (P60348)
    Assistant Attorney General