UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v

MICHIGAN STATE GOVERNMENT, *et al.*

    Defendants.

No. 22-cv-01146

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

_____/

Owen W. Barnaby
Plaintiff in Pro Per
P. O. Box 1926
Kennesaw, GA 30156
(269) 338-4876

Kimberly K. Pendrick (P60348)
Attorney for Defendants Granholm, Snyder
Asbenson, Clement, McCormack, Gleicher,
Murray, and the Michigan Court of Appeals
Michigan Department of Attorney General
Civil Rights & Elections Division
3030 W. Grand Blvd, 10th Floor
Detroit, MI 48202
(313) 456-0067
pendrickk@michigan.gov
_____/

**CERTIFICATE OF CONCURRENCE**

    In accordance with W.D. Mich. LCivR 7.1(d), the undersigned hereby certifies that on February 27, 2024, Kimberly Pendrick, counsel herein, sought concurrence in Judicial Defendants Motion to Dismiss Plaintiff's third amended complaint and concurrence was denied.

Respectfully submitted,

/s/Kimberly K. Pendrick
Kimberly K. Pendrick
Assistant Attorney General
Attorney for Defendants Granholm, Snyder
Asbenson, Clement, McCormack, Gleicher,
Murray, and the Michigan Court of Appeals
Michigan Department of Attorney General
Civil Rights and Election Div.
3030 W. Grand Blvd., 10th Floor
Detroit, MI 48202
pendrickk@michigan.gov
P60348

Dated: March 22, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such to all counsel of record.

/s/ Kimberly K. Pendrick
Kimberly K. Pendrick (P60348)
Assistant Attorney General
3030 W. Grand Blvd., Ste 10-666
Detroit, MI 48202
(313) 456-0200