# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|     Plaintiff- Appellant | ) |
|                 Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|     Defendants- Appellees | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby  
P.O. Box 1926  
Kennesaw, GA 30156  
(678) 382- 4183  
Bossproperties96@gmail.com  

Attorney T. Hackworth  
Berrien County Government  
701 Main Street, St. Joseph, Michigan 49085  
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org  

 Attorney, T. Seth Koches,  
 Niles-Charter-Township/Board of Trustee  
470 W. Centre Ave., Ste. A, Portage, MI. 49024  
T. 269-382-4500 Koches@michigantownshiplaw.com  

Jeffery R. Holmstrom (P29405)  
Holmstrom Law Office PLC  
830 Pleasant Street Suite 100  
St. Joseph, MI 49085  
T. (269)-983-0755 | jeff@holmstromlawoffice.com  

Attorney Emily P Jenks  
6th Floor at Ford Field  
1901 St. Antoine St. Detroit, MI 48226  
T: 313-393-7582     |       EJenks@bodmanlaw.com  

Berrien County Courthouse,  
811 Port St, St Joseph, MI 49085  

Pendrick Kimberly Attorney General of Michigan  
525 W. Ottawa, 5th Floor  
P.O. Box 30736, Lansing, MI 48909  
T. 517-335- 7659   | PendrickK@michigan.gov

## SECOND PROOF OF PROPERLY
## SERVED SUMMONSES AND COMPLAINT
### See, EXHIBIT W-20

---

### ONE,  THE BERRIEN COUNTY DEFENDANTS

### Second Proof of Properly Served Summonses and  Complaint on Defendants

Plaintiff had already properly served, on December 09, 2022, by US Postal certified mail, with restricted  Delivery and with return receipt the Berreien County Defendants.  Plaintiff has spoken with Defendants' Attorney, Mr. Thaddeus Hackworth, and he instructed Plaintiff to serve him on behalf of his same Clients. The signed return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendants:  **1), Defendant -  Lori D. Jarvis Registrar; 2), Defendant - Lora L. Freehling Registrar;   3), Defendant - Kathleen Culberson, Notary Public; 4), Defendant – Bret Witkowski, Treasurer;  5), Defendant – Shelly Weich, Treasurer; 6), Defendant – Board of Commissioner; 7), Defendant – Attorney Mckinley R. Elliott; 8), Defendant – Attorney Donna B. Howard;  9), Defendant – Attorney James Mcgovern; 10), Defendant – Berrien County Government; 11),  Defendant – Bret Witkowski, in his Individual capacity.** See, (ECF No. 29); (ECF No. 139, PagesID.1748-1814);  EXHIBIT W-20

Notwithstanding that, the above named Berrien County Defendants are properly served, by US Postal certified mail, with restricted  Delivery and with return receipt.  The signed return receipt, PS Form 381,(copied Green Card) and Plaintiff's filings in the District Court for the preservation of his Default-(ECF Nos 32, 75, 95, 124) and Default judgment-(ECF Nos 28, 77, 81) against them.  See, (ECF No. 139, PagesID.1748-1814)  and  EXHIBIT W-20

Plaintiff, on Monday, March 25, 2024, for the second time in this proceeding, properly service Berrien County Defendants by US Postal certified mail, with restricted Delivery and with return receipt, on Ms. Sharon Tyler, Clerk of Berrien County Government; to her on behalf of the eleven above Named Defendants. The see online electric return receipt, PS Form 381,(copied Green Card) is attached proof of service on all named Defendants.



3

Tracking Number:

## 9589071052700560928575
Copy Add to Informed Delivery

**Expected Delivery on**

**MONDAY 25** MARCH 2024 between

## 11:00am and 1:00pm

Your item is out for delivery on March 25, 2024 at 7:52 am in SAINT JOSEPH, MI 49085.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivered

## Out for Delivery
Out for Delivery, Expected Delivery Between 11:00am and 1:00pm
SAINT JOSEPH, MI 49085
March 25, 2024, 7:52 am

Arrived at Post Office
BENTON HARBOR, MI 49022
March 25, 2024, 7:41 am
See All Tracking History
**What Do USPS Tracking Statuses Mean?**
**Text & Email Updates**

|  |  |
|---|---|
| | \S/ Owen W. Barnaby |
| Dated: March 25, 2024, | Owen W. Barnaby, In Pro Se. |

Owen W. Barnaby
Printed Name

PO Box 1926
Address

Kennesaw Georgia, 30156
City, State Zip code

(678) 382-4183
Phone Number

4

## TWO, THE BERRIEN COUNTY COURT AND ITS JUDGES

Plaintiff, on Monday, March 25, 2024, properly served Summonses with Third Amended Complaint-(ECF No 36): **1).** Defendant – Hon. Mayfield C.J; **2).** Defendant – Hon. Gary J. Bruce F.C.J;  **3).** Defendant – Hon. Alfred M. Butzbaugh, F.C.J;  **4).** Defendant – Berrien Court Trial Court, Defendants by US Postal certified mail, with restricted Delivery and with return receipt, on Ms. Sharon Tyler, Clerk of Berrien County Government, to her on behalf of the four above Named Defendants. The see online electric return receipt, PS Form 381,(copied Green Card) is attached proof of service on Defendants the Berrien County Trial Court and Its Judges.

Dated: March 25, 2024, 　　　　　　　　　　　\S/ Owen W. Barnaby
　　　　　　　　　　　　　　　　　　　　　　Owen W. Barnaby, In Pro Se.

　　　　　　　　　　　　　　　　　　　　　　Owen W. Barnaby
　　　　　　　　　　　　　　　　　　　　　　Printed Name

　　　　　　　　　　　　　　　　　　　　　　PO Box 1926
　　　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　　　Kennesaw Georgia, 30156
　　　　　　　　　　　　　　　　　　　　　　City, State Zip code

　　　　　　　　　　　　　　　　　　　　　　(678) 382-4183
　　　　　　　　　　　　　　　　　　　　　　Phone Number