UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| OWEN W. BARNABY,<br>         Plaintiff,<br>v.<br>NILES CHARTER TOWNSHIP, et al.,<br>         Defendants. | Hon. Robert J. Jonker<br>Mag. Sally J. Berens<br>Case No. 1:22-cv-01146 |

| | |
|---|---|
| Owen W. Barnaby<br>PO Box 1926<br>Kennesaw, GA 30156<br>(678) 382-4183<br>Bossproperties96@gmail.com | T. Seth Koches (P71761)<br>Attorney for Defendants Niles Charter Township &<br>the Niles Charter Township Board of Trustees<br>Bauckham, Thall, Seeber, Kaufman & Koches, P.C.<br>470 W. Centre Ave., Ste. A<br>Portage, MI 49024<br>(269) 382-4500<br>koches@michigantownshiplaw.com |

## **TOWNSHIP DEFENDANTS' MOTION TO DISMISS**

Defendants, Niles Charter Township and Niles Charter Township Board of Trustees, (together the "Township Defendants"), by and through its undersigned counsel, submit this motion to dismiss pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) and Rule 12(c). In support of this motion, the Township Defendants submit the brief accompanying brief.

As required by W.D. Local Civ. R. 7.1(d), the Township Defendants, through their counsel, attempted to obtain concurrence from Mr. Barnaby regarding this motion to dismiss and accompanying brief. Mr. Barnaby informed the Township Defendants on Wednesday, March 27, 2024, by email, that he did not concur.

Respectfully submitted,

1

                                        BAUCKHAM, THALL
                                        SEEBER, KAUFMAN & KOCHES, P.C.

DATED: March 27, 2024        BY:    */s T. Seth Koches*

                                        T. Seth Koches (P71761)
Attorney for Defendants Niles Charter Township & the Niles Charter Township Board of Trustees
Bauckham, Thall, Seeber, Kaufman & Koches, P.C.
470 W. Centre Ave., Ste. A
Portage, MI 49024
(269) 382-4500
koches@michigantownshiplaw.com