UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

OWEN W. BARNABY,
         Plaintiff,

v.

NILES CHARTER TOWNSHIP, et al.,
         Defendants.

Hon. Robert J. Jonker
Mag. Sally J. Berens
Case No. 1:22-cv-01146

---

| | |
|---|---|
| Owen W. Barnaby<br>PO Box 1926<br>Kennesaw, GA 30156<br>(678) 382-4183<br>Bossproperties96@gmail.com | T. Seth Koches (P71761)<br>Attorney for Defendants Niles Charter Township &<br>the Niles Charter Township Board of Trustees<br>Bauckham, Thall, Seeber, Kaufman & Koches, P.C.<br>470 W. Centre Ave., Ste. A<br>Portage, MI 49024<br>(269) 382-4500<br>koches@michigantownshiplaw.com |

---

### **PROOF OF SERVICE**

I hereby state that on March 27, 2024, I served a copy of Defendants Niles Charter Township's and the Niles Charter Township Board of Trustees' (together "Township Defendants") Motion to Dismiss the Plaintiff's Third Amended Complaint, Brief in Support of Township Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, Certificate of Compliance with federal court rules, and a Proof of Service in this matter electronically by using the CM/ECF electronic filing system which will send notification of such filing(s) to all parties via their counsel of record.

Respectfully submitted,

BAUCKHAM, THALL
SEEBER, KAUFMAN & KOCHES, P.C.

DATED: March 27, 2024       BY:    */s T. Seth Koches*

T. Seth Koches (P71761)
Attorney for Defendants Niles Charter Township &
the Niles Charter Township Board of Trustees
Bauckham, Thall, Seeber, Kaufman & Koches, P.C.
470 W. Centre Ave., Ste. A
Portage, MI 49024
(269) 382-4500
koches@michigantownshiplaw.com

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

OWEN W. BARNABY,
       Plaintiff,

v.

NILES CHARTER TOWNSHIP, et al.,
       Defendants.

Hon. Robert J. Jonker
Mag. Sally J. Berens
Case No. 1:22-cv-01146

---

| | |
|---|---|
| Owen W. Barnaby<br>PO Box 1926<br>Kennesaw, GA 30156<br>(678) 382-4183<br>Bossproperties96@gmail.com | T. Seth Koches (P71761)<br>Attorney for Defendants Niles Charter Township &<br>the Niles Charter Township Board of Trustees<br>Bauckham, Thall, Seeber, Kaufman & Koches, P.C.<br>470 W. Centre Ave., Ste. A<br>Portage, MI 49024<br>(269) 382-4500<br>koches@michigantownshiplaw.com |

---

## <u>CERTIFICATE OF RULE COMPLIANCE</u>

T. Seth Koches, counsel for Niles Charter Township and the Niles Charter Township Board of Trustees (together the "Township Defendants"), hereby certifies that this brief is in compliance with LR 7.2(b)(i). According to the word count function provided by Microsoft Word, the Brief in Support of the Township Defendants' Motion to Dismiss the Plaintiff's Third Amended Complaint is 6,604 words, as defined by LR 7.2(b)(i).

Respectfully submitted,

BAUCKHAM, THALL
SEEBER, KAUFMAN & KOCHES, P.C.

DATED: March 27, 2024

BY: */s T. Seth Koches*

T. Seth Koches (P71761)
Attorney for Defendants Niles Charter Township &

the Niles Charter Township Board of Trustees
Bauckham, Thall, Seeber, Kaufman & Koches, P.C.
470 W. Centre Ave., Ste. A
Portage, MI 49024
(269) 382-4500
koches@michigantownshiplaw.com