# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, ) | |
| Plaintiff ) | |
| Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
| Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

Attorney, T. Seth Koches,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T. 313-393-7582     |     EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085
T. (269) 983-7111, |   ahansbro@berriencounty.org

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

**PLAINTIFF'S  MOTION  FOR EXCESS PAGES OR WORDS TO FILE OPPOSITION TO,**

**BERRIEN COUNTY DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**AND WITH PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

---

Comes now Plaintiff, In Pro Se,  Owen W. Barnaby, requesting that this Your Honorable Court GRANT  this Motion for Excess pages or Word Count to respond to , Berrien County Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Third Amended Complaint, and with his Motion-Cross for Summary Judgment.

While Plaintiff belief Defendants' Dismissal Motion give him the opportunity to respond to with 25 pages and 10,000 wards pursuant to Rule 7.2(b)(i).  As a precaution, just in case, Plaintiff, In Pro Se,  Owen W. Barnaby, is wrong about Rule 7.2(b)(i) and it is fact Rule 7.3(b)(i) applies. Plaintiff  moved the Court for Excess pages or Words Count according to his filed submitted Brief.

### Relief Requesting

For the reasons articulated therein, the Plaintiff requesting that this Your Honorable Court GRANT  this Motion for Excess pages or Word Count to respond to , Berrien County Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Third Amended Complaint, and with his Motion-Cross for Summary Judgment.

Respectfully Submitted,

Dated:  April 1, 2024,            \S/ Owen W. Barnaby
                       Owen W. Barnaby, In Pro Se.

## **CERTIFICATE OF SERVICE**

The undersigned states that, on the 1st day of April 2024, a duplicate original of Plaintiff's, Motion for Extended Pages, filed with the Clerk using the ECF System, which will provide electric notice to the parties of record, and I have emailed and mailed by U.S. Postal Service the same to the non-ECP participants attorney above.

Respectfully Submitted,

Dated:  January 1, 2024,                             \S/ Owen W. Barnaby
                                                                           Owen W. Barnaby, In Pro Se.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|     Plaintiff | ) |
|     Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|     Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

Attorney, T. Seth Koches,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582    |    EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

# CERTIFICATE REGARDING
# COMPLIANCE WITH LCivR 7.1(d)
# FOR MOTION TO EXCESS BRIEF PAGES AND WORDS COUNT

In accordance with W.D Mich. LCivR 7.1(d), the undersigned hereby certifies that, on April 1, 2024, Plaintiff tried to contact Defendants via their legal representative at the about emails, to ascertain whether they would object to Plaintiff's Motion for Excess pages and words count of brief but is yet to hear back from them. As such, Plaintiff is not sure if Defendants will object.

Respectfully Submitted,

Dated:  April 1, 2024,                                        \S/ Owen W. Barnaby
                                                              Owen W. Barnaby, In Pro Se.