UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v

MICHIGAN STATE GOVERNMENT, *et al.*

    Defendants.

_____/

No. 22-cv-01146

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

**CERTIFICATE OF COMPLIANCE**

Certificate of Compliance with Type-Volume Limit
and Typeface Requirements

1.    The brief complies with the type-volume limitation of Local Rule 7.3(b)(i) because, excluding the part of the document exempted by this rule, this response brief does not contain more than 4,300 words. This document contains 2,118 words.

2.    This document complies with the typeface requirements of Local Rule 10.1 because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Century Schoolbook.

                                                Respectfully submitted,

                                                */s/Kimberly K. Pendrick*
                                                Kimberly K. Pendrick
                                                Assistant Attorney General
                                                Attorney for State Defendants
                                                Civil Rights and Election Division

3030 W. Grand Blvd., 10th Floor  
Detroit, MI  48202  
(313) 456-0067  
pendrickk@michigan.gov  
P60348

Dated:  April 1, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2024, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice to the parties of record, and I have mailed by U.S. Postal Service the paper to the non-ECF participants.

                                       */s/Kimberly K. Pendrick*  
                                       Kimberly K. Pendrick (P60348)  
                                       Assistant Attorney General