UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

    Plaintiff,

v.

THE CITY OF BENTON HARBOR, et al.,
Defendants.

Case No. 1:22-cv-01146

Hon. Robert J. Jonker
Mag. Sally J. Berens

**DEFENDANT THE CITY OF BENTON HARBOR'S**
**<u>CERTIFICATE OF RULE COMPLIANCE</u>**

    This brief complies with the word limit of L. Civ. R. 7.3(b)(i) because it contains 4,286 words, excluding the parts exempted by L. Civ. R. 7.3(b)(i). The word count was generated using Microsoft Word 2016.

/s/ Thomas J. Rheaume, Jr.
Thomas J. Rheaume, Jr. (P74422)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
trheaume@bodmanlaw.com
*Attorneys for Defendant City of Benton Harbor*
