# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|    Plaintiff- Appellant | ) |
|                 Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|    Defendants- Appellees | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby  
P.O. Box 1926  
Kennesaw, GA 30156  
(678) 382- 4183  
Bossproperties96@gmail.com

Attorney T. Hackworth  
Berrien County Government  
701 Main Street, St. Joseph, Michigan 49085  
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

 Attorney, T. Seth Koches,  
 Niles-Charter-Township/Board of Trustee  
470 W. Centre Ave., Ste. A, Portage, MI. 49024  
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)  
Holmstrom Law Office PLC  
830 Pleasant Street Suite 100  
St. Joseph, MI 49085  
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks  
6th Floor at Ford Field  
1901 St. Antoine St. Detroit, MI 48226  
T: 313-393-7582      |       EJenks@bodmanlaw.com

Berrien County Courthouse,  
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan  
525 W. Ottawa, 5th Floor  
P.O. Box 30736, Lansing, MI 48909  
T. 517-335- 7659   | PendrickK@michigan.gov

1

**SECOND PROOF OF PROPERLY  SERVED SUMMONSES WITH COPIES OF  COMPLAINT ON THE HOLMSTROM DEFENDANTS**

---

### NOTICE OF RECIPT TO BE FILE

### Second Proof of Properly Served Summonses and  Complaint on Defendants

First, Plaintiff had already properly served Summonses and Second Amended Complaint ECF No.10), on the Holmstrom Defendants, on December 09, 2022, by US Postal certified mail, with restricted  Delivery and with return receipt, in keeping with his obligation to assure them, their due process rights of defense.  Plaintiff properly served with Summonses and Second Amended Complaint-(ECF No.10) the Holmstrom Defendants and fulfilled his responsibility to assure them, their due process rights of defense. But that they knowingly and willfully rejected the served Summonses and Second Amended Complaint.  See, (ECF No. 29); (ECF No. 139, PageID.1748- 1814) and EXHIBIT W-20.

Tracking Number:
70221670000121730528
Copy Schedule a Redelivery

Latest Update
We attempted to deliver your item at 1:49 pm on December 9, 2022 in SAINT JOSEPH, MI 49085 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning December 10, 2022. If this item is unclaimed by December 24, 2022 then it will be returned to sender.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivery Attempt: Action Needed
Notice Left (No Authorized Recipient Available)
SAINT JOSEPH, MI 49085
December 9, 2022, 1:49 pm

Out for Delivery
SAINT JOSEPH, MI 49085
December 9, 2022, 6:10 am
See All Tracking History

December 8, 2022

Arrived at USPS Regional Destination Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX December 7, 2022, 11:17 am

**BUT THEY WILLFULLY REJECTED THE SERVED
SUMMONSES AND COMPLAINT
By.**

**1),** Defendant – Attorney Jefferey R. Holmstrom and   **2),** Defendant – Holmstrom Law Office.

Tracking Number:
70221670000121730528
Copy Add to Informed Delivery
Latest Update
Your item could not be delivered on December 28, 2022 at 11:12 am in BENTON HARBOR, MI 49022. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**
Alert
Unclaimed/Being Returned to Sender
BENTON HARBOR, MI 49022
December 28, 2022, 11:12 am

"Plaintiff called and spoke with Defendant Attorney Holmstrom as a Defendant in the case and about some of his prior clients; also about Plaintiff's intent to add to the Complaint. It was a "Surprise" to Plaintiff, when Defendant Attorney Holmstrom stated that, Plaintiff has no further need to contact him about the same two matters as the Magistrate Judge has filed a Report and Recommendation which Judge Robert J. Jonker who will basically just rubber stamp even if Plaintiff responded."

In addition, 1), Defendant – Attorney Jefferey R. Holmstrom and   2), Defendant –

Holmstrom Law Office, received complaint by email.    Please see EXHIBIT W-20.

Secondly, notwithstanding that, Plaintiff already properly served with Summonses and

Second Amended Complaint-(ECF No.10), Defendant – Attorney Jefferey R. Holmstrom and

3

Defendant – Holmstrom Law Office, are properly served, by US Postal certified mail, with restricted Delivery and with return receipt, that was willfully rejected by them, and Plaintiff's filings in the District Court for the preservation of his Default-(ECF Nos 32, 75, 95, 124) and Default judgment-(ECF Nos 28, 77, 81) against them. See, (ECF No. 139, PageID.1748- 1814). Plaintiff, on Tuesday, March 19, 2024, for the second time moved in this proceeding properly served Defendant – Attorney Jefferey R. Holmstrom and Defendant – Holmstrom Law Office, with Summonses and Third Amended Complaint-(ECF No.36), this time by the PDQ, a Process Server Company.

    Plaintiff, on Tuesday, March 19, 2024, mailed PDQ, a Process Server Company, two Summonses with two copies of Third Amended Complaint-(ECF No.36) to be served on the Holmstrom Defendants. Plaintiff talked with the PDQ, Process Server Company and they confirmed that the have served the Holmstrom Defendants and that they have mailed the receipts of proof process of service, back to Plaintiff here in Georgia. As soon as Plaintiff receipt PDQ mailed receipts, Plaintiff will file them with the Court.

                                    \S/ Owen W. Barnaby
Dated: April 3, 2024,                Owen W. Barnaby, In Pro Se.

                                    Owen W. Barnaby
                                    Printed Name

                                    PO Box 1926
                                    Address

                                    Kennesaw Georgia, 30156
                                    City, State Zip code

                                    (678) 382-4183
                                    Phone Number

Respectfully Submitted,

Dated:  April 3, 2024,  \S/ Owen W. Barnaby
Owen W. Barnaby, In Pro Se.