# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|    Plaintiff- Appellant | ) |
|        Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|    Defendants- Appellees | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

Attorney, T. Seth Koches,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582      |      EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

**SECOND PROOF OF PROPERLY SERVED SUMMONSES WITH COPIES OF COMPLAINT ON THE HOLMSTROM DEFENDANTS**

### INTRODUCTION

Plaintiff talked with Ms. Linda Drotoz from PDQ Paper Server, days before mailing on Tuesday, March 19, 2024, two Summonses with two copies of the Third Amended Complaint- (ECF No.36) to be served on,1). Defendant – Attorney Jefferey R. Holmstrom and  2). Defendant – Holmstrom Law Office.  The mail was scheduled to arrive on Friday March 22, 22, but PDQ received it on March 25, 20. Please see return receipt attached below.

Tracking Number:

4204912095055105682340799744245

Copy Add to Informed Delivery

**Latest Update**

Your item was delivered in or at the mailbox at 2:56 pm on March 25, 2024 in NILES, MI 49120.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

**Delivered**

Delivered, In/At Mailbox
NILES, MI 49120
March 25, 2024, 2:56 pm

Out for Delivery
NILES, MI 49120
March 25, 2024, 7:12 am

Arrived at Post Office
NILES, MI 49120
March 25, 2024, 7:01 am

Arrived at USPS Facility
NILES, MI 49120
March 25, 2024, 6:09 am

Departed USPS Regional Facility
KALAMAZOO MI DISTRIBUTION CENTER
March 25, 2024, 3:14 am

Arrived at USPS Regional Facility
KALAMAZOO MI DISTRIBUTION CENTER
March 24, 2024, 9:31 pm

Departed USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX
March 24, 2024, 8:25 pm
Arrived at USPS Regional Destination Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX
March 24, 2024, 11:17 am
In Transit to Next Facility
March 23, 2024
Arrived at USPS Regional Origin Facility
ATLANTA GA DISTRIBUTION CENTER
March 22, 2024, 10:32 am
Departed Post Office
KENNESAW, GA 30144
March 19, 2024, 5:42 pm
USPS in possession of item
KENNESAW, GA 30144
March 19, 2024, 2:27 pm
Hide Tracking History

### Second Proof of Properly Served Summonses and Complaint on Defendants

First, Plaintiff had already properly served Summonses and Second Amended Complaint ECF No.10), on the Holmstrom Defendants, on December 09, 2022, by US Postal certified mail, with restricted Delivery and with return receipt, in keeping with his obligation to assure them, their due process rights of defense. Plaintiff properly served with Summonses and Second Amended Complaint-(ECF No.10) the Holmstrom Defendants and fulfilled his responsibility to assure them, their due process rights of defense. But that they knowingly and willfully rejected the served Summonses and Second Amended Complaint. See, (ECF No. 29); (ECF No. 139, PageID.1748- 1814) and EXHIBIT W-20.

Tracking Number:
70221670000121730528
Copy Schedule a Redelivery
Latest Update
We attempted to deliver your item at 1:49 pm on December 9, 2022 in SAINT JOSEPH, MI 49085 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning December 10, 2022. If this item is unclaimed by

December 24, 2022 then it will be returned to sender.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivery Attempt: Action Needed
Notice Left (No Authorized Recipient Available)
SAINT JOSEPH, MI 49085
December 9, 2022, 1:49 pm

Out for Delivery
SAINT JOSEPH, MI 49085
December 9, 2022, 6:10 am
See All Tracking History
December 8, 2022

Arrived at USPS Regional Destination Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX December 7, 2022, 11:17 am

## BUT THEY WILLFULLY REJECTED THE SERVED SUMMONSES AND COMPLAINT
### By.

**1),** Defendant – Attorney Jefferey R. Holmstrom and   **2),** Defendant – Holmstrom Law Office.

Tracking Number:
70221670000121730528
Copy Add to Informed Delivery
Latest Update
Your item could not be delivered on December 28, 2022 at 11:12 am in BENTON HARBOR, MI 49022. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**
Alert
Unclaimed/Being Returned to Sender
BENTON HARBOR, MI 49022
December 28, 2022, 11:12 am

"Plaintiff called and spoke with Defendant Attorney Holmstrom as a Defendant in the case and about some of his prior clients; also about Plaintiff's intent to add to the Complaint. It was a "Surprise" to Plaintiff, when Defendant Attorney Holmstrom stated that, Plaintiff has no further need to contact him about the same two matters as the Magistrate Judge has filed a Report and Recommendation which Judge Robert J. Jonker who will basically just rubber stamp even if Plaintiff responded."

In addition, 1), Defendant – Attorney Jefferey R. Holmstrom and  2), Defendant – Holmstrom Law Office, received complaint by email.   Please see EXHIBIT W-20.

Secondly, notwithstanding that, Plaintiff already properly served with Summonses and Second Amended Complaint-(ECF No.10), Defendant – Attorney Jefferey R. Holmstrom and Defendant – Holmstrom Law Office, are properly served, by US Postal certified mail, with restricted Delivery and with return receipt, that was willfully rejected by them, and Plaintiff's filings in the District Court for the preservation of his Default-(ECF Nos 32, 75, 95, 124) and Default judgment-(ECF Nos 28, 77, 81) against them. See, (ECF No. 139, PageID.1748- 1814). Plaintiff, on Tuesday, March 19, 2024, for the second time moved in this proceeding properly served Defendant – Attorney Jefferey R. Holmstrom and Defendant – Holmstrom Law Office, with Summonses and Third Amended Complaint-(ECF No.36), this time by the PDQ, a Process Server Company.

Plaintiff talked with Ms. Linda Drotoz from PDQ Paper Server, days before mailing on Tuesday, March 19, 2024, two Summonses with two copies of the Third Amended Complaint-(ECF No.36) to be served on,1). Defendant – Attorney Jefferey R. Holmstrom and  2). Defendant – Holmstrom Law Office.  The mail was scheduled to arrive on Friday March 22, 22, but PDQ received it on March 25, 20.

Dated: April 5, 2024,                    \S/ Owen W. Barnaby
                                         Owen W. Barnaby, In Pro Se.

                                         Owen W. Barnaby
                                         Printed Name

                                         PO Box 1926
                                         Address

                                         Kennesaw Georgia, 30156
                                         City, State Zip code

                                         (678) 382-4183
                                         Phone Number




                        Respectfully Submitted,

Dated:  April 5, 2024,                   \S/ Owen W. Barnaby
                                         Owen W. Barnaby, In Pro Se.

6

# **CERTIFICATE OF SERVICE**

The undersigned states that on the 5th day of April 2024, a duplicate original of Plaintiff's, ''EXPEDITED CONSIDERATION REQUESTED' 'PLAINTIFF'S EMERGENCY MOTION FOR,  CLARIFICATION ON DEFENDANTS' WILLFUL REJECTIONS OF SERVED SUMMONSES WITH COMPLAINT.", was filed with the Clerk of the Court, using the ECF System, which will provide electric notice to the parties of record, and I have emailed/mailed by U.S. Postal Service the same to non-ECP participants.

                Respectfully Submitted,


Dated:  April 5, 2024,            \S/ Owen W. Barnaby
                                        Owen W. Barnaby, In Pro Se.