# EXHIBIT W-19

**Served Summons on,  Defendant – Attorney Jefferey R. Holmstrom and**

**Served Summons on, Defendant – Holmstrom Law Office.**

Summons (3/23)

Case No. 2:22-CV-12387

US District Court

**PROOF OF SERVICE**

TO PROCESS SERVER: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE OF SERVICE/NONSERVICE**

☒ I served ☒ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee (copy of return receipt attached) a copy of the summons and complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

Name: Jeffrey Holmstrom

Day, date, time: Thurs 3-28-24 12:10pm

Place or address of service: 830 Pleasant St St. Joseph, Mi

Attachments (if any):

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Signature: Linda Drotoz
Name (type or print): Linda Drotoz

| Service fee | Miles Traveled | Fee | | | |
|---|---|---|---|---|---|
| $ 26.00 | | $ | | TOTAL FEE | |
| Incorrect address fee | Miles Traveled | Fee | | $ 26.00 | |
| $ | | $ | | | |

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of a copy of the summons and complaint, together with

on March 28, 2024
Date and time

Attachments (if any):

Signature: Linda L. Gallagher
Name (type or print): Linda L. Gallagher

on behalf of Holmstrom Law Office

OUR FILE NO. E-87071

MCL 600.1910, MCR 2.104, MCR 2.105

Summons (3/23)

Case No. 2:22-CV-12387

US District Court

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE/NONSERVICE

☒ I served ☒ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee (copy of return receipt attached) a copy of the summons and complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Day, date, time |
|---|---|
| Holmstrom Law Office | Thurs. 3-28-24 12:10 pm |

Place or address of service: 830 Pleasant St. St. Joseph Mi

Attachments (if any):

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles Traveled | Fee | | Signature |
|---|---|---|---|---|
| $ 26.00 | 60 | $ 60.00 | | Linda Drotoz |
| Incorrect address fee | Miles Traveled | Fee | TOTAL FEE | Name (type or print) |
| $ | | $ | $ 86.00 | Linda Drotoz |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

Attachments (if any): _____ on March 28, 2024

Signature: Linda L. Gallagher on behalf of Holmstrom Law Office

Name (type or print): Linda L. Gallagher

MCL 600.1910, MCR 2.104, MCR 2.105

OUR FILE NO: E-87071

KJB