# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY,         ) | |
|         Plaintiff        ) | |
| | |
|         Vs.              ) | Hon. Robert J. Jonker |
|                          ) | Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|         Defendants       ) | Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

 Attorney, T. Seth Koches,
 Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T. 313-393-7582     |        EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085
T. (269) 983-7111, |   ahansbro@berriencounty.org

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

## **CERTIFICATE OF SERVICE**

The undersigned states that, on the 17th day of April 2024, a duplicate original of Plaintiff's, Plaintiff Request to the Clerk of Court for Entry of DEFAULT Against all Defendants Listed Below, with Affidavit, Pursuant 55.(a), was filed with the Clerk using the ECF System, which will provide electric notice to the parties of record, and I have emailed and mailed by U.S. Postal Service the same to the non-ECP participants attorney above.

                      Respectfully Submitted,

Dated:  April 17, 2024,              \S/ Owen W. Barnaby
                                                  Owen W. Barnaby, In Pro Se.