# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|     Plaintiff | ) |
|        Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|     Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

 Attorney, T. Seth Koches,
 Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582      |      EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

## NOTICE TO CHIEF CLERK OF COURT, MS. ANN E. FILKINS

Attention: Chief Clerk, Ms. Ann E. Filkins,

Plaintiff, on April 17, 2024, filed a 'request for Clerk of Court pursuant 55: (a), to enter a Default against all named Defendants listed below(ECF No, 177), because of the Defendants' failure to file answers to Plaintiff's 'Third Amended Complaint (ECF No, 36) or a Rule 12 Motion. Furthermore, on April 18, 2024, Plaintiff, filed a 'request for Clerk of Court pursuant 55: (b)(1), to enter Default Judgment against the same all named Defendants listed below(ECF No, 180), because of the Defendants' failure to file answers to Plaintiff's 'Third Amended Complaint (ECF No, 36) or a Rule 12 Motion.

**1).** Defendant – Hon. Alfred M. Butzbaugh, F.C.J;  **2).** Defendant - Lori D. Jarvis Registrar;   **3).** Defendant - Kathleen Culberson, Notary Public; **4).** Defendant – Bret Witskowski, Treasurer;  **5).** Defendant – Attorney James Mcgovern;  **6).** Defendant – Bret Witskowski, in his Individual capacity.

Moreover, Plaintiff followed up with phone calls to the Clerk's office, regarding same requests of the Clerk of Court Pursuant 55: (a),(b)(1), to enter Default and Default Judgment. The Clerk's office state as follows, "advised Plaintiff that both applications are still pending at this time and Clerk's Office is awaiting confirmation from Chambers (ems)". Plaintiff just wants to bring this matter to the attention of this your Honorable Chief Clerk Ms. Filkins.

                              Respectfully Submitted,

Dated: April 18, 2024,               \S/ Owen W. Barnaby
                                        Owen W. Barnaby, In Pro Se.

## **CERTIFICATE OF SERVICE**

The undersigned states that, on the 18th    day of April 2024, a duplicate original of Plaintiff's,  'NOTICE TO CHIEF CLERK OF COURT,  MS. ANN E. FILKINS, was filed with the Clerk  using the ECF System, which will provide electric notice to the parties of record, and I have emailed and mailed by U.S. Postal Service the same to the  non-ECP participants attorney above.

Respectfully Submitted,

Dated:  April 18, 2024,                    \S/ Owen W. Barnaby
                                            Owen W. Barnaby, In Pro Se.