UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| OWEN W. BARNABY,        ) | |
|     Plaintiff                      ) | |
|     Vs. | Case No. 1:22 -CV- 1146 |
| | Hon. Robert  J.  Jonker |
| | Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT et al.,       ) | |
|     Defendants                      ) | |

---

## Expedited Consideration Requested For,
## Leave to File Notice of Appeal

---

Expedited Consideration Requested Leave for Notice is hereby given that , I (Owen W. Barnaby, In Pro Se), Plaintiff, hereby appeal to the United States District Court Judge, the Hon. Robert J. Jonker, from the Hon. Magistrate Judge Sally J. Berens' Order (ECF No. 183), entered in this action on the 19 days of April 2024. As the Order (ECF No. 183) is erroneous and contrary to law and the Federal Sixth Circuit Appellate Court's Order and Judgment (ECF Nos.72, 73), judicial bias, abuse of discretion and omission.

Respectfully Submitted,

Dated:  April 19, 2024, 2024,                     \S/ Owen W. Barnaby
                                                                Owen W. Barnaby, In Pro Se.

cc: opposing counsels.

1