UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

       Plaintiff,

v.

       Case No. 1:22-cv-1146

       HON. ROBERT J. JONKER

MICHIGAN STATE GOVERNMENT, et al.,

       Defendants.
_____/

## **ORDER**

Plaintiff Owen Barnaby seeks leave to appeal Magistrate Judge Berens's Order denying six motions and one objection filed by Plaintiff Owen Barnaby in the last month. (ECF Nos. 183, 187). Under the terms of Judge Berens's order, a request for leave is needed. The Court grants Barnaby leave to appeal, but there is no need for expediting it. The Court can and will resolve the appeal—if and when Barnaby files it—in the ordinary course of business. The Magistrate Judge's Order, (ECF No. 183), will remain in effect pending the resolution of any appeal Barnaby files.

**IT IS SO ORDERED**.

Dated: April 22, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE