# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
|    Plaintiff- Appellant | ) |
|        Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
|    Defendants- Appellees | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

Attorney, T. Seth Koches,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582     |     EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

1

**Leave to File Summonses Returned Executed,**

---

Comes now, Plaintiff, In Pro Se, with his Leave to File Summonses Returned Executed with copies of Third Amended Complaint-(ECF No.36). Plaintiff has once more effect service of Summonses with copies of Third Amended Complaint-(ECF No.36), on the following Defendants:

**1),** Defendant - Lori D. Jarvis Registrar; **2),** Defendant - Lora L. Freehling Registrar; **3),** Defendant - Kathleen Culberson, Notary Public; **4),** Defendant – Bret Witkowski, Treasurer; **5),** Defendant – Shelly Weich, Treasurer; **6),** Defendant – Board of Commissioner; **7),** Defendant – Attorney Mckinley R. Elliott; **8),** Defendant – Attorney Donna B. Howard; **9),** Defendant – Attorney James Mcgovern; **10),** Defendant – Berrien County Government; **11),** Attorney Jeffery R Holmstrom; **12).** Defendant – Hon. Mayfield C.J; **13).** Defendant – Hon. Gary J. Bruce F.C.J; **14).** Defendant – Hon. Alfred M. Butzbaugh, F.C.J; **15).** Defendant – Berrien Court Trial Court.   Please see attached **Exhibit W-26.**

Plaintiff has re-served the above Defendants Summonses with copies of Third Amended Complaint-(ECF No.36),some of them for the third time. Given Order-(ECF No.183), Plaintiff now, seeks leave to file them with the Court. **Please see attached Exhibit W-26.**

## Relief Requested

For the reasons articulated therein, Plaintiff request Leave to File Summonses Returned Executed with copies of Third Amended Complaint-(ECF No.36) with the Court. **Please see attached Exhibit W-26.**

Respectfully Submitted,

Dated:  April 25, 2024,                    \S/ Owen W. Barnaby
                                            Owen W. Barnaby, In Pro Se.

2

## **CERTIFICATE OF SERVICE**

The undersigned states that on the 25TH day of April 2024, a duplicate original of Plaintiff's, ''Leave to File Summonses Returned Executed with copies of Third Amended Complaint-(ECF No.36)'', was filed with the Clerk of the Court, using the ECF System, which will provide electric notice to the parties of record, and I have emailed/mailed by U.S. Postal Service the same to non-ECP participants.

                                                              Respectfully Submitted,

Dated: April 25, 2024,                      \S/ Owen W. Barnaby
                                                       Owen W. Barnaby, In Pro Se.