# EXHIBIT W-26

## Summonses and Complaint Returned Executed

## Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Berrien County Government
was received by me on *(date)* APRIL 22nd, 2024 .

☒ I personally served the summons on the individual at *(place)* Complaint with ANNETT CHRISTY 701 MAIN ST. St. JOSEPH MI 49085 OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT. BUCHANAN MI 49107 a person of suitable age and discretion who resides there, on *(date)* APRIL 22nd, 2024 and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CHAIRMAN McKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONS, who is designated by law to accept service of process on behalf of *(name of organization)* BERRIEN COUNTY GOVERNMENT AND ITS OFFICIALS on *(date)* APRIL 22nd, 2024; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

*Orville Howell*
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
Server's address

Additional information regarding attempted service, etc:

# Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Berrien County Board of Commissioners
was received by me on *(date)* APRIL 22nd, 2024. OFFICE MANAGER FOR CHAIRMAN ELLIOTT COMPLAINT WITH ANNETT CHRISTY

☑ I personally served the summons on the individual at *(place)* 101 MAIN St. St JOSEPH MICHIGAN 49085 OFFICER MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024 or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT. BUCHANAN, MI. 49107, a person of suitable age and discretion who resides there, on *(date)* APRIL 22nd, 2024, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAIRMAN MCKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONERS, who is designated by law to accept service of process on behalf of *(name of organization)* BERRIEN COUNTY BOARD OF COMMISSIONERS on *(date)* APRIL 22nd, 2024; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ 15.60 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

Orville Howell
*Server's signature*

ORVILLE HOWELL PASTOR
*Printed name and title*

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  McKinley R. Elliott
was received by me on *(date)* APRIL 22nd, 2024.

☑ I personally served the summons on the individual at *(place)* 701 MAIN ST. St. JOSEPH MI. 49085  COMPLAINT WITH ANNETT CHRISTY OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024 or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT  1 PARK CT. BUCHANAN MI. 49107, a person of suitable age and discretion who resides there, on *(date)* APRIL 22nd, 2024, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.06

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

*Orville Howell*
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
Server's address

Additional information regarding attempted service, etc:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker



TO: BERRIEN COUNTY TRIAL COURT
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By: Deputy Clerk    January 23, 2024

---

## PROOF OF SERVICE

This summons for __BERRIEN COUNTY TRIAL COURT__ (name of individual and title, if any) was received by me on __APRIL 22nd, 2024__.

☑ I personally served the summons COMPLAINT WITH ANNETT CHRISTY OFFICER MANAGER FOR CHAIRMAN ELLIOTT on the individual at __701 MAIN St. St. JOSEPH MICHIGAN 49085__ (place where served) on __APRIL 22nd 2024__.

☑ I left the summons at the individual's residence or usual place of abode with __MARTHA ELLIOTT__ (name), a person of suitable age and discretion who resides there, on __APRIL 22nd, 2024__ and mailed a copy to the individual's last known address.

☑ I served the summons on __CHAIRMAN MCKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONERS__ (name of individual), who is designated by law to accept service of process on behalf of __BERRIEN COUNTY TRIAL COURT__ (name of organization) on __APRIL 22nd, 2024__.

☐ I returned the summons unexecuted because _____

☐ Other (specify): _____

My fees are $ __15.00__ for travel and $ __10.00__ for services, for a total of $ __25.00__.

I declare under the penalty of perjury that this information is true.
Date: __APRIL 23rd 2024__

_Orville Howell_
Server's signature

ORVILLE HOWELL  PASTOR
Server's printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 4910[?]
SERVER'S ADDRESS

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker



TO: HONORABLE ALFRED M. BUTZBAUGH, F.C.J
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By: Deputy Clerk    January 23, 2024
                     Date

---

## PROOF OF SERVICE

This summons for __HONORABLE ALFRED M. BUTZBAUGH, F.C.J__ was received by me on __APRIL 22nd, 2024__.
(name of individual and title, if any)

☑ I personally served the summons on the individual at COMPLAINT WITH ANNETT CHRISTY OFFICE MANAGER FOR CHAIRMAN ELLIOTT 701 MAIN St. St. JOSEPH MICHIGAN 49085 on __APRIL 23, 2024__.
(place where served)

☑ I left the summons at the individual's residence or usual place of abode with __MARTHA ELLIOTT__, a person of suitable age and discretion who resides there, on __APRIL 22nd, 2024__, and mailed a copy to the individual's last known address.

☑ I served the summons on __CHAIRMAN McKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONERS__, who is designated by law to accept service of process on behalf of __ALFRED BUTZBAUGH FORMER JUDGE BERRIEN COUNTY GOVERNMENT__ on __APRIL 22nd, 2024__.

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ __15.00__ for travel and $ __10.00__ for services, for a total of $ __25.00__.

I declare under the penalty of perjury that this information is true.
Date: __APRIL 23rd, 2024__

_Orville Howell_
Server's signature

ORVILLE HOWELL PASTOR
Server's printed name and title

Additional information regarding attempted service, etc.:

8786 GARLAND AVE BERRIEN SPRINGS MI 49
SERVER'S ADDRESS

# Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donna B. Howard
was received by me on *(date)* APRIL 22nd, 2024.
COMPLAINT WITH ANNETT CHRISTY
☑ I personally served the summons on the individual at *(place)* 701 MAIN ST. St. JOSEPH MI. 49085 OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* April 23rd, 2024; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT. BUCHANAN MI 49107, a person of suitable age and discretion who resides there, on *(date)* APRIL 22nd, 2024, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAIRMAN McKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONERS, who is designated by law to accept service of process on behalf of *(name of organization)* BERRIEN COUNTY OFFICIAL DONNA B. HOWARD ATTORNEY) on *(date)* APRIL 22nd, 2024 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

*Orville Howell*
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI. 49103
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James McGovern
was received by me on *(date)* APRIL 22nd, 2024.

☑ I personally served the summons on the individual at *(place)* COMPLAINT WITH ANNETT CHRISTY 701 MAIN ST. St. JOSEPH MI 49085 OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024 or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT BUCHANAN MI 49107, a person of suitable age and discretion who resides there,
on *(date)* APRIL 22nd, 2024, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAIRMAN McKINLEY ELLIOT BERRIEN COUNTY BOARD OF COMMISSIONERS, who is
designated by law to accept service of process on behalf of *(name of organization)* BERRIEN COUNTY OFFICIAL JAMES McGOVERN, ATTORNEY on *(date)* APRIL 22nd, 2024 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.
Date: APRIL 23rd, 2024

*Orville Howell*
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey R. Holmstrom
was received by me on *(date)* APRIL 22nd, 2024.

☑ I personally served the summons on the individual at *(place)* JEFFREY R. HOLMSTROM ATTY 830 PLEASANT ST. SUITE 100 ST JOSEPH MI 49085 on *(date)* APRIL 23rd, 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

*Orville Howell*
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 4910
Server's address

Additional information regarding attempted service, etc:

# Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Bret Witskowski
was received by me on *(date)* APRIL 22nd, 2024.

☑ I personally served the summons on the individual at *(place)* 701 MAIN ST. ST. JOSEPH MI 49085 COMPLAINT WITH ANNETT CHRISTY OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024 or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT. BUCHANAN MI 49107, a person of suitable age and discretion who resides there, on *(date)* APRIL 22nd, 2024, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAIRMAN McKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONERS, who is designated by law to accept service of process on behalf of *(name of organization)* BERRIEN COUNTY OFFICIAL BRET WITKOWSKI TREASURER on *(date)* APRIL 22nd, 2024 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

*Orville Howell*
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lori D. Jarvis
was received by me on *(date)* APRIL 22nd, 2024.

☑ I personally served the summons on the individual at *(place)* COMPLAINT WITH ANNETT CHRISTY 701 MAIN ST. St. JOSEPH MI 49085 OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024 or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT. BUCHANAN MI. 49107, a person of suitable age and discretion who resides there,
on *(date)* APRIL 22nd, 2024, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAIRMAN McKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONER, who is designated by law to accept service of process on behalf of *(name of organization)* BERRIEN COUNTY OFFICIAL LORI D. JARVIS REGISTRAR on *(date)* APRIL 22nd, 2024; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

Orville Howell
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lora L. Freehling
was received by me on *(date)* APRIL 22nd 2024.

☑ I personally served the summons on the individual at *(place)* COMPLAINT WITH ANNETT CHRISTY 701 MAIN ST. ST. JOSEPH MI. 49085 OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024 ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT. BUCHANAN MI. 49107, a person of suitable age and discretion who resides there, on *(date)* APRIL 22nd, 2024, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAIRMAN McKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONERS, who is designated by law to accept service of process on behalf of *(name of organization)* BERRIEN COUNTY OFFICIALS LORA. L. FREEHLING REGISTRAR on *(date)* APRIL 22nd, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

*Orville Howell*
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shelly Weich
was received by me on *(date)* APRIL 22nd, 2024.

☑ COMPLAINT WITH ANNETT CHRISTY
☑ I personally served the summons on the individual at *(place)* 701 MAIN ST. ST. JOSEPH MI 49085 OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT. BUCHANAN MI. 49107, a person of suitable age and discretion who resides there, on *(date)* APRIL 22nd, 2024, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAIRMAN McKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONERS, who is designated by law to accept service of process on behalf of *(name of organization)* BERRIEN COUNTY OFFICIAL SHELLY WEICH TREASURER on *(date)* APRIL 22nd, 2024; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

Orville Howell
*Server's signature*

ORVILLE HOWELL PASTOR
*Printed name and title*

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
*Server's address*

Additional information regarding attempted service, etc:

## Summons and Complaint Return of Service

Case No. 2:22-cv-12387
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kathleen Culberson
was received by me on *(date)* APRIL 22nd, 2024.

☑ I personally served the summons on the individual at *(place)* COMPLAINT WITH ANNETT CHRISTY 701 MAIN ST. St. JOSEPH MI 49085 OFFICE MANAGER FOR CHAIRMAN ELLIOTT on *(date)* APRIL 23rd, 2024 or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MARTHA ELLIOTT 1 PARK CT BUCHANAN MI 49107, a person of suitable age and discretion who resides there, on *(date)* APRIL 22nd 2024, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAIRMAN McKINLEY ELLIOTT BERRIEN COUNTY BOARD OF COMMISSIONERS, who is designated by law to accept service of process on behalf of *(name of organization)* BERRIEN County Official KATHLEEN CULBERSON NOTARY PUBLIC on *(date)* APRIL 22nd, 2024; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 15⁰⁰ for travel and $ 10⁰⁰ for services, for a total of $ 25⁰⁰.

I declare under penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

*Orville Howell*
Server's signature

ORVILLE HOWELL PASTOR
Printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
Server's address

Additional information regarding attempted service, etc:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker 

TO: BERRIEN COUNTY TRIAL COURT
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By: Deputy Clerk — January 23, 2024

---

## PROOF OF SERVICE

This summons for __BERRIEN COUNTY TRIAL COURT__ (name of individual and title, if any) was received by me on __APRIL 22nd, 2024__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☑ I left the summons at the individual's residence or usual place of abode with __Ann__ at 811 PORT ST ST JOSEPH MI 49085 (name), a person of suitable age and discretion who resides there, on __APRIL 22nd, 2024__ (date), and mailed a copy to the individual's last known address.

☑ I served the summons on __CHIEF JUDGE MABLE MAYFIELD__ (name of individual), who is designated by law to accept service of process on behalf of __BERRIEN COUNTY TRIAL COURT__ (name of organization) on __APRIL 22nd, 2024__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ 15.00 for travel and $ 10.00 for services, for a total of $ 25.00.

I declare under the penalty of perjury that this information is true.

Date: APRIL 23rd, 2024

Server's signature: _Orville Howell_

Additional information regarding attempted service, etc.:

ORVILLE HOWELL PASTOR
Server's printed name and title

8786 GARLAND AVE BERRIEN SPRINGS MI 49103
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker



TO: HONORABLE MABEL J. MAYFIELD, C.J
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By Deputy Clerk       January 23, 2024
                      Date

---

## PROOF OF SERVICE

This summons for ___HONORABLE MABEL J. MAYFIELD, C.J___ (name of individual and title, if any) was received by me on __APRIL 22nd, 2024__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☑ I left the summons at the individual's residence or usual place of abode with __ANN__ (name), __811 PORT ST. ST. JOSEPH MICHIGAN 49085__, a person of suitable age and discretion who resides there, on __APRIL 22nd, 2024__ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __15.00__ for travel and $ __10.00__ for services, for a total of $ __25.00__.

I declare under the penalty of perjury that this information is true.
Date: __APRIL 23rd, 2024__

_Orville Howell_
Server's signature

__ORVILLE HOWELL PASTOR__
Server's printed name and title

__8786 GARLAND AVE BERRIEN SPRINGS MI 4910__
Server's address

Additional information regarding attempted service, etc.:


# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker



TO: HONORABLE ALFRED M. BUTZBAUGH, F.C.J
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By: Deputy Clerk    January 23, 2024 Date

---

## PROOF OF SERVICE

This summons for __HONORABLE ALFRED M. BUTZBAUGH, F.C.J__ (name of individual and title, if any) was received by me on __APRIL 22nd, 2024__ (date)

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☑ I left the summons at the individual's residence or usual place of abode with __ANN__ (name), a person of suitable age and discretion who resides there, on __APRIL 22nd, 2024__ (date) and mailed a copy to the individual's last known address. __811 PORT ST ST. JOSEPH MICHIGAN 49085__

☑ I served the summons on __CHIEF JUDGE MABLE MAYFIELD__ (name of individual), who is designated by law to accept service of process on behalf of __BERRIEN COUNTY TRIAL COURT FORMER JUDGE ALFRED BUTZBAUGH__ (name of organization) on __APRIL 22nd, 2024__ (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __15.00__ for travel and $ __10.00__ for services, for a total of $ __25.00__.

I declare under the penalty of perjury that this information is true.

Date: __APRIL 23rd, 2024__

Server's signature
__ORVILLE HOWELL PASTOR__
Server's printed name and title

__8786 GARLAND AVE BERRIEN SPRINGS MI 4910__
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

OWEN W. BARNABY,

v.

MICHIGAN STATE GOVERNMENT, et al.,

Case No. 1:22-cv-01146
Hon. Robert J. Jonker



TO: HONORABLE GARY J. BRUCE, C.J
ADDRESS:
Berrien County Courthouse,
811 Port St,
St Joseph, MI 49085

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183

CLERK OF COURT



By: Deputy Clerk       January 23, 2024
                       Date

---

## PROOF OF SERVICE

This summons for ___HONORABLE GARY J. BRUCE, C.J___ (name of individual and title, if any) was received by me on __APRIL 22nd, 2024__ (date)

☐ I personally served the summons on the individual at _____ (place where served)
on _____ (date).

☑ I left the summons at the individual's residence or usual place of abode with __ANN__ (name) __811 PORT ST. ST. JOSEPH MICHIGAN 49085__, a person of suitable age and discretion who resides there, on __APRIL 22nd, 2024__ (date), and mailed a copy to the individual's last known address.

☑ I served the summons on __CHEIF JUDGE MABLE MAYFIELD__ (name of individual), who is designated by law to accept service of process on behalf of __BERRIEN COUNTY TRIAL COURT JUDGE GARY BRUCE__ (name of organization) on __APRIL 22nd, 2024__ (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify): _____

My fees are $ __15.00__ for travel and $ __10.00__ for services, for a total of $ __25.00__

I declare under the penalty of perjury that this information is true.
Date: __APRIL 23rd, 2024__

_Orville Howell_
Server's signature

__ORVILLE HOWELL PASTOR__
Server's printed name and title

Additional information regarding attempted service, etc.:
__8786 GARLAND AVE BERRIEN SPRINGS MI 49103__
Server's address