UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| OWEN W. BARNABY,<br>　　　　Plaintiff, | Hon. Robert J. Jonker<br>Mag. Sally J. Berens |
| v. | Case No. 1:22-cv-01146 |
| NILES CHARTER TOWNSHIP, et al.,<br>　　　　Defendants. | |

| | |
|---|---|
| Owen W. Barnaby<br>PO Box 1926<br>Kennesaw, GA 30156<br>(678) 382-4183<br>Bossproperties96@gmail.com | T. Seth Koches (P71761)<br>Attorney for Defendants Niles Charter Township &<br>the Niles Charter Township Board of Trustees<br>Bauckham, Thall, Seeber, Kaufman & Koches, P.C.<br>470 W. Centre Ave., Ste. A<br>Portage, MI 49024<br>(269) 382-4500<br>koches@michigantownshiplaw.com |

## **CERTIFICATE OF RULE COMPLIANCE**

T. Seth Koches, counsel for Niles Charter Township and the Niles Charter Township Board of Trustees (together the "Township Defendants"), hereby certifies that this response is in compliance with LR 7.2(b). According to the word count function provided by Microsoft Word, the Township Defendants' response to Mr. Barnaby's reply to the Township Defendants motion and brief in support to dismiss Plaintiff's Third Amended Complaint is 2,563 words, as defined by LR 7.2(c).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BAUCKHAM, THALL
　　　　　　　　　　　　　　　　　　SEEBER, KAUFMAN & KOCHES, P.C.


DATED: April 24, 2024　　　　　BY:　　*/s T. Seth Koches*

　　　　　　　　　　　　　　　　　　T. Seth Koches (P71761)
　　　　　　　　　　　　　　　　　　Attorney for Defendants Niles Charter Township &

        the Niles Charter Township Board of Trustees
Bauckham, Thall, Seeber, Kaufman & Koches, P.C.
470 W. Centre Ave., Ste. A
Portage, MI 49024
(269) 382-4500
koches@michigantownshiplaw.com