UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| OWEN W. BARNABY<br><br>    Plaintiffs,<br><br>v.<br><br>MICHIGAN STATE GOVERNMENT GRETCHEN WHITMER, JENNIFER GRANHOLM RICK SNYDER, KENDELL S. ASBENSON, DANA NESSEL, CITYOF BENTON HARBOR, NILES CHARTER TOWNSHIP, BOARD OF TRUSTEES OF NILES CHARTER TOWNSHIP, BERRIEN COUNTY GOVERNMENT BERRIEN COUNTY BOARD OF COMMISSIONERS, BRET WITSKOWSKI, SHELLY WEICH, LORI D. JAVIS, LORA L. FREEHLING, KATHLEEN CULBERSON, DONNA B. HOWARD, MCKINLEY R. ELLIOTT, JAMES MCGOVERN, JEFFREY R. HOLMSTROM, HOLMSTROM LAW, PLC, MICHIGAN COURT OF APPEALS, MABEL J. MAYFIELD, GARY J. BRUCE, ELIZABETH T. CLEMENT, ELIZABETH L. GLEICHER, CHRISTOPHER M. MURRAY, BERRIEN COUNTY TRIAL COURT, BRIDGET M. MCCORMACK, ALFRED M. BUTZBAUGH, NILES CHARTER TOWNSHIP OFFICIALS, HOLMSTROM LAW OFFICE, PLC,<br><br>    Defendants. | Case No. 1:22-CV-01146<br><br>HON. ROBERT J. JONKER<br><br>***Stipulation Order for Substitution of Attorney*** |

| | |
|---|---|
| Owen W. Barnaby<br>*In Pro Per*<br>P.O. Box 1926<br>Kennesaw, GA 30156<br>(678) 382-4183<br>Bossproperties96@gmail.com | ALLAN C. VANDER LAAN (P33893)<br>KRISTEN L. REWA (P73043)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorneys for Defendants Berrien County<br>Government, Berrien County Board of<br>Commissioners, Shelly Weich, Lora L. Freehling, |

{02042039-1 }

Kimberly Karen Pendrick (P60348)
MI Dept of Attorney General (Civil Rights/Liberties)
Civil Rights and Civil Liberties Division
Attorney for Defendants Michigan State Government, Gretchen Whitmer, Jennifer Granholm, Rick Snyder, Kendell S. Asbenson, Dana Nessel, Michigan Court of Appeals, Elizabeth T. Clement, Elizabeth L. Gleicher, Christopher M. Murray, Bridget M. McCormack
3030 W. Grand Blvd., Ste. 10-650
Detroit, MI 48202
(313) 456-0060
(313) 456-0061 Fax
pendrickk@michigan.gov

Emily Jenks (P84497)
Bodman PLC
Attorney for Defendant City of Benton Harbor
201 W. Big Beaver Rd., Ste. 500
Troy, MI 48084
(248) 743-6057
ejenks@bodmanlaw.com

Thomas J. Rheaume, Jr. (P74422)
Bodman PLC
Attorney for Defendant City of Benton Harbor
1901 St. Antoine St.
6th Fl. at Ford Field
Detroit, MI 48226
(313) 259-7777
trheaume@bodmanlaw.com

Drew W. Broaddus (P64658)
John R. Oostema (P26891)
Michael David Wiese (P78353)
Smith Haughey Rice & Roegge, PC
Attorneys for Jeffrey R. Holmstrom & Holmstrom Law, PLC
100 Monroe Center, NW
Grand Rapids, MI 49503-2802
(616) 774-8000
dbroaddus@shrr.com

Donna B. Howard, McKinley R. Elliott, Mabel J. Mayfield, Gary J. Bruce, Berrien County Trial Court
2851 Charlevoix Drive, SE, Suite 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

Theodore Seth Koches (P71761)
Bauckham Sparks Thall Seeber & Kaufman PC
Attorney for Defendant Niles Charter Township, Board of Trustees of Niles Charter Township, and Niles Charter Township Officials
470 W. Centre Ave., Ste. A
Portage, MI 49024
(269) 382-4500
(269) 382-2040 Fax
koches@michigantownshiplaw.com

joostema@shrr.com
mwiese@shrr.com

_____

**STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANTS BERRIEN COUNTY GOVERNMENT, BERRIEN COUNTY BOARD OF COMMISSIONERS, SHELLY WEICH, LORA L. FREEHLING, DONNA B. HOWARD, MCKINLEY R. ELLIOTT, MABEL J. MAYFIELD, GARY J. BRUCE, AND BERRIEN COUNTY TRIAL COURT**

PLEASE TAKE NOTICE that attorney, Kristen L. Rewa, of Cummings, McClorey, Davis & Acho, PLC, is hereby substituted as a limited-appearance attorney of record in place of Attorney Thaddeus Jeremiah Hackworth on behalf of the following Defendants only:

1. Berrien County Government;
2. Berrien County Board of Commissioners;
3. Shelly Weich;
4. Lora L. Freehling;
5. Donna B. Howard;
6. McKinley R. Elliott;
7. Mabel J. Mayfield;
8. Gary J. Bruce; and
9. Berrian [sic] County Trial Court.

Date: April 29, 2024

*/s/ Thaddeus Jeremiah Hackworth w/permission*
Thaddeus Jeremiah Hackworth (P84996)
Corporate Counsel/Berrien County - Administration

Date: April 26, 2024

*/s/ Kristen L. Rewa*
Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho, PLC

{02042039-1 }3

## **ORDER FOR SUBSTITUTION OF COUNSEL**

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Allan C. Vander Laan and Kristen L. Rewa, of Cummings, McClorey, Davis & Acho, PLC, are substituted as attorneys for the above-named Defendants:

1. Berrien County Government;
2. Berrien County Board of Commissioners;
3. Shelly Weich;
4. Lora L. Freehling;
5. Donna B. Howard;
6. McKinley R. Elliott;
7. Mabel J. Mayfield;
8. Gary J. Bruce; and
9. Berrian [sic] County Trial Court

in the place and stead of Thaddeus Jeremiah Hackworth.

IT IS SO ORDERED. This is not a final Order and does not close the case.

On this ____ day of _____, 2024.

_____
Hon. Robert J. Jonker
U.S. District Court Judge