UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v.

                          Case No. 1:22-cv-1146

                          Hon. Robert J. Jonker

MICHIGAN STATE GOVERNMENT, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order Approving and Adopting Report and Recommendation entered this day, Judgment is entered in favor of Defendants and against Plaintiff. This includes a Rule 11(c)(1) sanction award in favor of Defendant City of Benton Harbor and against Plaintiff.


Dated:  July 30, 2024                      /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE