## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  August 12, 2024

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156

                  Re:  Case No. 24-1662, *Owen Barnaby v. MI, et al*
                           Originating Case No. 1:22-cv-01146

Dear Mr. Barnaby,

   This appeal has been docketed as case number **24-1662** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following case opening items are due by **August 26, 2024**.  The Disclosure of Corporate Affiliations is now an automated entry.  Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

                    Appellee:     Appearance of Counsel
                                    Disclosure of Corporate Affiliation
                                    Application for Admission to 6th Circuit Bar (if applicable)

    The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                                              Sincerely yours,

                                              s/Robin L Baker  
                                              Case Manager  
                                              Direct Dial No. 513-564-7014

cc:  Ms. Emily Jenks  
      Mr. Theodore Seth Koches  
      Ms. Kimberly K. Pendrick  
      Ms. Kristen Lee Rewa  
      Mr. Michael David Wiese

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-1662

OWEN W. BARNABY

       Plaintiff - Appellant

v.

STATE OF MICHIGAN; GRETCHEN WHITMER, Governor; JENNIFER M. GRANHOLM, Former Governor; RICK SNYDER, Former Governor; KENDELL ASBENSON; DANA NESSEL, Attorney General; CITY OF BENTON HARBOR, MI; NILES CHARTER TOWNSHIP, MI; BOARD OF TRUSTEES OF NILES CHARTER TOWNSHIP, MI; BERRIEN COUNTY, MI; BERRIEN COUNTY, MI BOARD OF COMMISSIONERS; BRET WITSKOWSKI, Berrien County, MI Treasurer, in his individual and official capacities; SHELLY WEICH, Berrien County, MI Treasuser; LORI D. JARVIS, Berrien Countym MI Registar; LORA L. FREEHLING, Berrien County, MI Registar; KATHLEEN CULBERSON, Berrien County, MI Notary Public; DONNA B. HOWARD, Attorney; MCKINLEY R. ELLIOTT, Attorney; JAMES T. MCGOVERN, Attorney; JEFFREY ROBERT HOLMSTROM, Attorney; HOLMSTROM LAW, PLC; MICHIGAN COURT OF APPEALS; MABEL J. MAYFIELD, Circuit Judge; GARY J. BRUCE, Circuit Judge; ELIZABETH T. CLEMENT, Circuit Judge; ELIZABETH L. GLEICHER, Circuit Judge; CHRISTOPHER M. MURRAY, Circuit Judge; BERRIEN COUNTY, MI TRIAL COURT, for the State of Michigan; BRIDGET MARY MCCORMACK, Circuit Judge; ALFRED M. BUTZBAUGH, Former Circuit Judge

       Defendants - Appellees